UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DANIEL LUKE SCHWARTZ,

        Petitioner,

        v.                                            Case No. 20-C-1028

SHARON ROSE HINNENDAEL,

        Respondent.

---

## ORDER

---

This matter having come before the court on the Order to Show Cause issued by the court directing respondent to show cause why the minor children have been kept from Petitioner and not returned to Mexico, and the court having listened to the arguments of counsel and their respective positions,

**IT IS HEREBY ORDERED** that:

1) Respondent is to deposit passports and travel documentation for the minor children with the clerk before the end of business on July 27, 2020;

2) Respondent is to make the children available for daily communication with Petitioner at 5:00 p.m. Central Time through the Internet and by telephone (i.e. FaceTime, Zoom, Skype, etc.)

3) The respondent shall file an Answer to the Petition on or before July 31, 2020;

4) Petitioner may file a Reply on or before August 5, 2020;

5) The Clerk shall set this matter for a telephone conference to address further proceedings on August 7, 2020, 1:30 p.m.

**SO ORDERED** at Green Bay, Wisconsin this 24th day of July, 2020.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach
                                                      United States District Judge