# EXHIBIT 1

3:52

## My bus itinerary!

I am available to be picked up tonight or tomorrow AM. Whichever works better! Here is my bus schedule. I get in at 5:30PM!! Very excited. S

●●●●● Sprint 3G 8:23 AM 98%

From: digital@gotobus.com    Hide

To: sshare9876@gmail.com

**<to Sharon Hinnendael> This Is Your E-ticket (Los Angeles 10:45am -> Phoenix 0310: Qty 1) <from GotoBus>**

June 26, 2015 at 7:11 AM

GotoBus.com **E-Ticket**

**Dear Sharon Hinnendael,**

Thank you for booking on GotoBus.com. Please review your reservation details below.

**Total Amount Charged: $55**

**Manage My Booking**
- Change booking
- Resend my tickets
- Track bus status

**Traveler Information**

| **Traveler** | | **Confirmation Number** |
|---|---|---|
| 1. Sharon Hinnendael | **Adult** | **16853** |
| **Contact Info:** Sharon Hinnendael | **Phone:** 9202652233 | |

**Itinerary**

**Service provided by:** Tufesa
**Schedule:** Los Angeles 10:45am -> Phoenix 0310 **Schedule ID:** TFS552
**Depart:** 10:45am Fri, Jun 26, 2015 **Los Angeles, CA** 611 Maple Ave, Los Angeles, CA 90014(Between 6th & 7th St)