# EXHIBIT 3





O say does that star
spangled banner yet wave
O'er the land of the free
in the home of the brave

...AND THAT GOVERNMENT OF THE PEOPLE,
BY THE PEOPLE, FOR THE PEOPLE,
SHALL NOT PERISH FROM THE EARTH.
*Abraham Lincoln*

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit
the citizen/national of the United States named herein
to pass without delay or hindrance and in case of need
to give all lawful aid and protection.

*Le Secrétaire d'État des États-Unis d'Amérique prie par les
présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des États-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder toute
aide et protection légitimes.*

*El Secretario de Estado de los Estados Unidos de América por
el presente solicita a las autoridades competentes permitir el paso
del ciudadano o nacional de los Estados Unidos aquí nombrado,
sin demora ni dificultades, y en caso de necesidad, prestarle toda
la ayuda y protección lícitas.*

USA



PASSPORT
PASSEPORT
PASAPORTE

UNITED STATES OF AMERICA

Type / Type / Tipo   Code / Code / Código   Passport No. / No. du Passeport / No. de Pasaporte
P                    USA                    56369961

Surname / Nom / Apellidos
SCHWARTZ
Given Names / Prénoms / Nombres
HENRY HERMAN
Nationality / Nationalité / Nacionalidad
UNITED STATES OF AMERICA
Date of birth / Date de naissance / Fecha de nacimiento
19 Jun 2016
Place of birth / Lieu de naissance / Lugar de nacimiento
MEXICO
Date of issue / Date de délivrance / Fecha de expedición
23 Aug 2018
Date of expiration / Date d'expiration / Fecha de caducidad
SEE PAGE 51
Endorsements / Mentions Spéciales / Anotaciones
SEE PAGE 51

Sex / Sexe / Sexo
M
Authority / Autorité / Autoridad
United States
Department of State

P<USASCHWARTZ<<HENRY<HERMAN<<<<<<<<<<<<<<<<
563699619USA4180619M2308238717680086<411852

USA

## PERSONAL DATA AND EMERGENCY CONTACT

FOR YOUR PROTECTION, COMPLETE THE INFORMATION REQUESTED BELOW USING PENCIL. PLEASE KEEP THESE ENTRIES UP TO DATE.

BEARER'S ADDRESS IN THE UNITED STATES:
ADRESSE DU TITULAIRE AUX ÉTATS-UNIS:
DIRECCIÓN DEL PORTADOR EN LOS ESTADOS UNIDOS:

_____
_____
_____

BEARER'S FOREIGN ADDRESS:
ADRESSE DU TITULAIRE À L'ÉTRANGER:
DIRECCIÓN DEL PORTADOR EN EL EXTRANJERO:

_____
_____
_____

IN CASE OF EMERGENCY, NOTIFY THE NEAREST AMERICAN EMBASSY OR CONSULATE OR THE U.S. DEPARTMENT OF STATE, OF AMERICAN CITIZENS SERVICES AND CRISIS MANAGEMENT, AT 202-647-5225, AND THE EMERGENCY CONTACT YOU NAME BELOW:

EN CAS D'URGENCE, PRIER CONTACTER L'AMBASSADE OU LE CONSULAT DES ÉTATS-UNIS LE PLUS PROCHE OU LE BUREAU DES SERVICES AUX CITOYENS AMÉRICAINS ET DE RÉPONSE AUX CRISES DU DÉPARTEMENT D'ÉTAT, AU 202-647-5225, AINSI QUE LA PERSONNE QUE VOUS DÉSIGNEZ CI-DESSOUS:

EN CASO DE EMERGENCIA, NOTIFIQUE A LA EMBAJADA O CONSULADO DE LOS ESTADOS UNIDOS MÁS CERCANO O AL CENTRO DE EMERGENCIA PARA CIUDADANOS Y GESTIÓN DE CRISIS, DEPARTAMENTO DE ESTADO, POR EL TELÉFONO 202-647-5225, Y A LA PERSONA QUE SE INDICA A CONTINUACIÓN:

Name / Nom / Nombre
_____

Address / Adresse / Dirección
_____

Telephone / Téléphone / Teléfono
_____

## IMPORTANT INFORMATION REGARDING YOUR PASSPORT

THIS PASSPORT IS NOT VALID UNLESS SIGNED BY THE BEARER IN THE AREA DESIGNATED ON PAGE THREE.

IT IS UNLAWFUL for any person other than the original, lawful recipient to use this passport. Use of this passport in contravention of passport regulations or of the conditions or restrictions set out in the passport, or for travel to countries where a U.S. passport is not valid is a felony (Title 18, U.S. Code, Section 1544). For further information, contact the nearest U.S. embassy or consulate, or the Department of State, Office of Passport Policy and Legal Advisory Services, at the telephone number listed at www.travel.state.gov

U.S. GOVERNMENT PROPERTY This passport is the property of the United States (Title 22, Code of Federal Regulations, Section 51.9). It must be surrendered upon demand made by an authorized representative of the United States Government.

LOSS OR THEFT The loss, theft, or destruction of a passport should be reported immediately to local police authorities and to Passport Services, CLASP Unit, Washington, D.C. 20522-1705, or, if overseas, to the nearest U.S. embassy or consulate. Your passport is a valuable citizenship and identification document. It should be carefully safeguarded.

ALTERATION OR MUTILATION OF PASSPORT This passport must not be altered or mutilated in any way. Alteration could make the passport invalid, and if willful, may subject you to prosecution (Title 18, U.S. Code, Section 1543). Only authorized officials of the United States or of foreign countries may place stamps or make notations or additions in this passport. You may amend or update personal information for your own convenience on the adjoining PERSONAL DATA AND EMERGENCY CONTACT page.

---

*The principle of free governments adheres to the American soil. It is bedded in it, immovable as its mountains.*
*Daniel Webster*

## IMPORTANT INFORMATION

1. **TRAVEL INFORMATION** Consult our Consular Information Sheets, Travel Warnings, and Public Announcements at http://travel.state.gov

2. **HEALTH AND VACCINATIONS** Contact the Centers for Disease Control and Prevention (CDC) via the International Travelers Info Line, at 1-877-394-8747, or http://www.cdc.gov

3. **HEALTH INSURANCE** Medicare/Medicaid does not cover healthcare costs outside the U.S. Does your insurance apply overseas, including medical evacuation, payment to a hospital or doctor overseas, or reimbursement to you later? See our brochure "Medical Information For Americans Traveling Abroad," or consult http://travel.state.gov

4. **YOUR PASSPORT** Make sure you have a signed, valid passport, and foreign entry visas, if required. Make two photocopies of your passport data page. Carry one copy with you in a separate place from your passport. Leave one at home with family/friends, along with a copy of your proposed travel itinerary.

5. **EMERGENCY CONTACT** Use a pencil to fill in the PERSONAL DATA AND EMERGENCY CONTACT information requested on page 4 of this passport.

6. **AVOID VIOLATING FOREIGN LAWS** Remember, while in a foreign country, you are subject to its laws. Penalties for violating local laws, even unknowingly, can be more severe than in the U.S. for similar offenses. Deal only with authorized agents when exchanging money, or purchasing souvenirs. If in trouble, contact the nearest U.S. embassy or consulate. If you are arrested, demand to see the U.S. Consul.

7. **ILLEGAL DRUGS** Do not carry packages abroad or to the U.S. at the request of or as a favor to a stranger. Penalties for possession or trafficking in illegal drugs, even unknowingly, are strict and convicted offenders can expect prison sentences and heavy fines.

8. **SAFETY** Avoid becoming a target. Do not wear conspicuous clothing or expensive jewelry, and do not carry excessive amounts of money or unnecessary credit cards. Consular Information Sheets include a security and crime section that discusses conditions in specific countries. Consult "A Safe Trip Abroad" at http://travel.state.gov

9. **BE MINDFUL OF SECURITY THREATS** Do not leave luggage unattended in public areas, nor accept packages from strangers.

10. **DISASTERS AND CATASTROPHIC EVENTS** If a catastrophic event occurs, call home to let family and friends know you are okay. If you require assistance, contact the nearest U.S. embassy or consulate.

11. **REGISTER WITH U.S. EMBASSY** When visiting a foreign country for a prolonged stay, traveling to remote or volatile areas, or residing overseas, register with the U.S. embassy or consulate by telephone, fax, or in person or register online through the Department's Registration Home Page at https://travelregistration.state.gov/ibrs/

12. **PARENTAL CHILD ABDUCTION** For information on prevention of international child abduction, or help if your child has been taken, contact the Department of State's Office of Children's Issues at 1-202-736-7000, or consult our home page at http://travel.state.gov

13. **LOSS OF U.S. CITIZENSHIP** Under certain circumstances, you may lose your U.S. citizenship by performing, voluntarily and with the intention to relinquish U.S. citizenship, any of the following acts: (1) being naturalized in a foreign state; (2) taking an oath or making a declaration to a foreign state; (3) serving in the armed forces of a foreign state; (4) accepting employment with a foreign government; or (5) formally renouncing U.S. citizenship before a U.S. consular officer overseas. Consult the nearest U.S. embassy or consulate, or contact the Office of American Citizens Services and Crisis Management, Department of State, SA-29, 4th Floor, 2201 C Street NW, Washington DC 20520, or call 1-202-647-5225. Toll free hotline 1-888-407-4747, or if calling from outside the U.S., 1-317-472-2328.

14. **DUAL CITIZENS** A person who has the citizenship of more than one country at the same time is considered a dual citizen. A dual citizen may be subject to the laws of the other country that considers that person its citizen while in that country's jurisdiction, including conscription for military service. Dual nationality may hamper efforts to provide U.S. consular protection to dual citizens in the foreign country of their other nationality. Dual citizens who encounter problems abroad should contact the nearest U.S. embassy or consulate.



*Let us raise a standard to which* *the wise and honest can repair.*
*George Washington*

*Visas*

*Visas*

8

9



*We hold these truths to be self-evident: that all men are* *created equal, that they are endowed by their Creator*
*with certain unalienable rights, that among these* *are life, liberty, and the pursuit of happiness.*
*excerpt from the Declaration of Independence*

*Visas*

*Visas*

10

11



We have a great dream. It started way back in 1776,    and God grant that America will be true to her dream.
*Martin Luther King, Jr.*

*Visas*    *Visas*

12    13



This is a new nation, based on a mighty    continent, of boundless possibilities.
*Theodore Roosevelt*

*Visas*    *Visas*

14    15



Whatever America hopes to bring to pass in the world must first come to pass in the heart of America.
Dwight D. Eisenhower

*Visas*

*Visas*

16    17



For this is what America is all about. It is the uncrossed desert and the unclimbed ridge. It is the star that is not reached and the harvest sleeping in the unplowed ground. Is our world gone? We say "Farewell." Is a new world coming? We welcome it — and we will bend it to the hopes of man.    Lyndon B. Johnson

*Visas*

*Visas*

18    19



May God continue the unity of our country as the railroad unites the two great oceans of the world.
*inscribed on the Golden Spike, Promontory Point, 1869*

*Visas*

*Visas*

20

21



We send thanks to all the Animal life in the world. We are glad they are still here and they have many things to teach us as people. We hope it will always be so.
*Excerpt from the Thanksgiving Address, Mohawk version*

*Visas*

*Visas*

22

23











We are covered by the American banner; let us cling to it, and if required, sacrifice our lives defending it.
*Jose Antonio Navarro*

*Visas*

*Visas*

32

33



. . . That this nation, under God, shall have a new birth of freedom.
*Abraham Lincoln*

*Visas*

*Visas*

34

35



Go west, young man, and grow up with the country.
*Horace Greeley*

*Visas*

*Visas*

36

37



Democracy is based upon the conviction that there are extraordinary possibilities in ordinary people.
*Harry Emerson Fosdick*

*Visas*

*Visas*

38

39



A big iron needle stitching the country together.
*Jessamyn West*

*Visas*

*Visas*

40

41



It seems to be a law of nature, inflexible and inexorable, that those who will not risk cannot win.
*John Paul Jones*

*Visas*

*Visas*

42

43



It is immigrants who brought to this land the skills of their hands and brains to make of it a beacon of opportunity and hope for all men.
*Herbert H. Lehman*

*Visas*

*Visas*

44

45



This nation has a banner . . . it is the banner of Dawn. It means Liberty . . . Every color means liberty; every thread means liberty.
*Henry Ward Beecher*

*Visas*

*Visas*

46

47



We live in a world that is lit by lightning. So much is changing and will change, but so much endures and transcends time.
*Ronald Reagan*

*Visas*

Endorsements / Mentions Spéciales / Anotaciones

48          49



The God who gave us life, gave us liberty at the same time.
*Thomas Jefferson*

Endorsements / Mentions Spéciales / Anotaciones

Endorsements / Mentions Spéciales / Anotaciones

50          51

Every generation has the obligation to free men's minds
for a look at new worlds . . . to look out from a higher
plateau than the last generation.

*Ellison S. Onizuka*

This document contains sensitive
electronics. For best performance,
do not bend, perforate or expose
to extreme temperatures.

**A. RESTRICTIONS ON IMPORTATION OF GOODS AND SERVICES** For information, write the Department of the Treasury, Office of Foreign Assets Control, Treasury Annex, 1500 Pennsylvania Avenue N.W., Washington, D.C. 20220, or consult http://www.treas.gov/ofac

**B. CUSTOMS & BORDER PROTECTION** Contact Customs & Border Protection (CBP), for a copy of "Know Before You Go" and "Pets, Wildlife - Licensing and Health Requirements," at http://www.cbp.gov/xp/cgov/travel/

**C. AGRICULTURE** For a copy of "Travelers' Tips On Bringing Food, Plant, and Animal Products into the United States," contact the U.S. Department of Agriculture, http://www.aphis.usda.gov/travel See also U.S. Fish and Wildlife Service, http://www.le.fws.gov/TipsforTravelers.htm for other important "Information for International Travelers."

**D. U.S. TAXES** All U.S. citizens working and residing abroad are required to file and report on their worldwide income. Consult IRS Publication 54, "Tax Guide for U.S. Citizens and Resident Aliens Abroad," available at http://irs.gov/publications/p54/index.html

**E. SOCIAL SECURITY** Write to the Social Security Administration, Office of International Operations, P.O. Box 17769, Baltimore, MD 21235, or consult http://www.ssa.gov/international about receiving payments while outside the U.S. or contact the nearest Social Security office in the United States or at a U.S. embassy or consulate abroad.

**EXACT WEBSITE ADDRESSES SUBJECT TO CHANGE.**





566369961





UNITED STATES OF AMERICA

DEPARTMENT OF STATE

0712002

*Consular Report of Birth Abroad*

OF A CITIZEN OF THE UNITED STATES OF AMERICA

This is to certify that:

**HENRY HERMAN SCHWARTZ**

Sex MALE, born at PUERTO VALLARTA, JALISCO, MEXICO

On JUNE 19, 2018

Acquired United States CITIZENSHIP at birth as established by documentary evidence

Presented to the Consular Service of the United States at

GUADALAJARA, MEXICO

On AUGUST 24, 2018

MOTHER/FATHER/PARENTS

SHARON ROSE HINNENDAEL
Date of Birth: MAY 22, 1986

DANIEL LUKE SCHWARTZ
Date of Birth: OCTOBER 06, 1987

Assistant Secretary for Consular Affairs
Date of Issuance: AUGUST 27, 2018

159-7548519

* 19-25517·57*