# EXHIBIT 4



O say does that star
spangled banner yet wave
O'er the land of the free
and the home of the brave



...AND THAT GOVERNMENT OF THE PEOPLE,
BY THE PEOPLE, FOR THE PEOPLE,
SHALL NOT PERISH FROM THE EARTH.

Abraham Lincoln

The Secretary of State of the United States of America
hereby requests all whom it may concern to permit
the citizen/national of the United States named herein
to pass without delay or hindrance and in case of need
to give all lawful aid and protection.

Le Secrétaire d'État des Etats-Unis d'Amérique prie par les
présentes toutes autorités compétentes de laisser passer le citoyen
ou ressortissant des Etats-Unis titulaire du présent passeport,
sans délai ni difficulté et, en cas de besoin, de lui accorder toute
aide et protection légitimes.

El Secretario de Estado de los Estados Unidos de América por
el presente solicita a las autoridades competentes permitir el paso
del ciudadano o nacional de los Estados Unidos aquí nombrado,
sin demora ni dificultades, y en caso de necesidad, prestarle toda
la ayuda y protección lícitas.



PASSPORT / PASSEPORT / PASAPORTE
UNITED STATES OF AMERICA
Type/Type/Tipo: P
Code/Code/Código: USA
Passport No./No. du Passeport: 720706824
Surname/Nom/Apellidos: HINNENDAEL
Given names/Prénoms/Nombres: ALICE JUDITH
Nationality/Nationalité/Nacionalidad: UNITED STATES OF AMERICA
Date of birth/Date de naissance/Fecha de nacimiento: 10 MAR 2020
Place of birth/Lieu de naissance/Lugar de nacimiento: MEXICO
Date of issue/Date de délivrance/Fecha de expedición: 16 JUN 2020
Date of expiration/Date d'expiration/Fecha de caducidad: 15 JUN 2021
Authority/Autorité/Autoridad: United States Department of State
Sex/Sexe/Sexo: F
Endorsements/Mentions Spéciales/Anotaciones: SEE PAGE 11

THIS PASSPORT WAS ISSUED OUTSIDE THE UNITED STATES OF AMERICA FOR A LIMITED VALIDITY PERIOD.

P<USAHINNENDAEL<<ALICE<JUDITH<<<<<<<<<<<<<<<<<<
7207068246USA2003108F2106157007126141<96026

## PERSONAL DATA AND EMERGENCY CONTACT

FOR YOUR PROTECTION, COMPLETE THE INFORMATION REQUESTED BELOW USING PENCIL. PLEASE KEEP THESE ENTRIES UP TO DATE.

**TRAVEL INFORMATION** Consult our Consular Information Sheets, Travel Warnings, and Public Announcements at http://travel.state.gov

**REGISTER WITH U.S. EMBASSY** When visiting a foreign country for a prolonged stay, traveling to remote or volatile areas, or residing overseas, register with the U.S. embassy or consulate by telephone, fax, or in person or register online through the Department's Registration Home Page at https://travelregistration.state.gov/ibrs/

IN CASE OF EMERGENCY, NOTIFY THE NEAREST AMERICAN EMBASSY OR CONSULATE OR THE STATE DEPARTMENT'S OFFICE OF AMERICAN CITIZENS SERVICES AND CRISIS MANAGEMENT, AT 202-647-5225, AND THE EMERGENCY CONTACT YOU NAME BELOW.

EN CAS D'URGENCE, PRIÈRE D'AVISER L'AMBASSADE OU LE CONSULAT DES ETATS-UNIS LE PLUS PROCHE OU LE BUREAU DES SERVICES AUX CITOYENS AMÉRICAINS ET DE RÉPONSE AUX CRISES DU DEPARTMENT D'ETAT, AU 202-647-5225, AINSI QUE LA PERSONNE QUE VOUS DÉSIGNEZ CI-DESSOUS.

EN CASO DE EMERGENCIA, NOTIFIQUE A LA EMBAJADA O CONSULADO DE LOS ESTADOS UNIDOS MÁS CERCANO, O AL CENTRO DE EMERGENCIA PARA CIUDADANOS Y GESTIÓN DE CRISIS, DEPARTAMENTO DE ESTADO, POR EL TELÉFONO 202-647-5225, Y A LA PERSONA QUE SE INDICA A CONTINUACIÓN.

Name / Nom / Nombre

Address / Adresse / Dirección

Telephone / Téléphone / Teléfono

## IMPORTANT INFORMATION REGARDING YOUR PASSPORT

THIS PASSPORT IS NOT VALID UNLESS SIGNED BY THE BEARER IN THE AREA DESIGNATED ON PAGE THREE.

**IT IS UNLAWFUL** for any person other than the original, lawful recipient to use this passport. Use of this passport in contravention of passport regulations or of the conditions or restrictions set out in the passport, or for travel to countries where a U.S. passport is not valid is a felony (Title 18, U.S. Code, Section 1544). For further information, contact the nearest U.S. embassy or consulate, or the Department of State, Office of Passport Policy and Legal Advisory Services, at the telephone number listed at www.travel.state.gov

**U.S. GOVERNMENT PROPERTY** This passport is the property of the United States (Title 22, Code of Federal Regulations, Section 51.9). It must be surrendered upon demand made by an authorized representative of the United States Government.

**LOSS OR THEFT** The loss, theft, or destruction of a passport should be reported immediately to local police authorities and to Passport Services, CLASP Unit, Washington, D.C. 20522-1705, or, if overseas, to the nearest U.S. embassy or consulate. Your passport is a valuable citizenship and identification document. It should be carefully safeguarded.

**ALTERATION OR MUTILATION OF PASSPORT** This passport must not be altered or mutilated in any way. Alteration could make the passport invalid, and if willful, may subject you to prosecution (Title 18, U.S. Code, Section 1543). Only authorized officials of the United States or of foreign countries may place stamps or make notations or additions in this passport. You may amend or update personal information for your own convenience on the adjoining PERSONAL DATA AND EMERGENCY CONTACT page.



Let every nation know, whether it wishes us well or ill, that we shall pay any price, bear any burden, meet any hardship, support any friend, oppose any foe, in order to assure the survival and the success of liberty.
*John F. Kennedy*

*Visas*

*Visas*





> Every generation has the obligation to free men's minds for a look at new worlds... to look out from a higher plateau than the last generation.
>
> —Ellison S. Onizuka

## For best performance, do not bend, perforate or expose to extreme temperatures.

**A. RESTRICTIONS ON IMPORTATION OF GOODS AND SERVICES** For information, write the Department of the Treasury, Office of Foreign Assets Control, Treasury Annex, 1500 Pennsylvania Avenue N.W., Washington, D.C. 20220, or consult http://www.treas.gov/ofac

**B. CUSTOMS & BORDER PROTECTION** Contact Customs & Border Protection (CBP), for a copy of "Know Before You Go" and "Pets, Wildlife – Licensing and Health Requirements," at http://www.cbp.gov/xp/cgov/travel/

**C. AGRICULTURE** For a copy of "Travelers' Tips On Bringing Food, Plant, and Animal Products into the United States," contact the U.S. Department of Agriculture, http://www.aphis.usda.gov/travel See also U.S. Fish and Wildlife Service, http://www.le.fws.gov/TipsforTravelers.htm for other important "Information for International Travelers."

**D. U.S. TAXES** All U.S. citizens working and residing abroad are required to file and report on their worldwide income. Consult IRS Publication 54, "Tax Guide for U.S. Citizens and Resident Aliens Abroad," available at http://irs.gov/publications/p54/index.html

**E. SOCIAL SECURITY** Write to the Social Security Administration, Office of International Operations, P.O. Box 17769, Baltimore, MD 21235, or consult http://www.ssa.gov/international about receiving payments while outside the U.S., or contact the nearest Social Security office in the United States or at a U.S. embassy or consulate abroad.

EXACT WEBSITE ADDRESSES SUBJECT TO CHANGE.

12



720706824





**FOLIO**
BDB 0004928

**Identificador Electrónico**
18020000320200002571

**Clave Única de Registro de Población**
HIXA200310MJCNXLA8

**Número de Certificado de Nacimiento**
026934550

**Entidad de Registro**
NAYARIT

**Municipio de Registro**
BAHIA DE BANDERAS

# Estados Unidos Mexicanos
# Acta de Nacimiento

| Compareció | Oficialía | Fecha de Registro | Libro | Número de Acta |
|---|---|---|---|---|
| PROGENITOR UNO | 0003 | 12/06/2020 | 1 | 94 |

## Datos de la Persona Registrada

| Nombre(s) | Primer Apellido | Segundo Apellido |
|---|---|---|
| ALICE JUDITH | HINNENDAEL | ---------------- |

| Sexo | Fecha de Nacimiento | Lugar de Nacimiento |
|---|---|---|
| MUJER | 10/03/2020 | PUERTO VALLARTA, JALISCO |

## Datos de Filiación de la Persona Registrada

| Nombre(s) | Primer Apellido | Segundo Apellido | Nacionalidad | CURP |
|---|---|---|---|---|
| SHARON ROSE | HINNENDAEL | ---------------- | ESTADOUNIDENSE | ---------------- |
| ---------------- | ---------------- | ---------------- | ---------------- | ---------------- |

### Anotaciones Marginales

Sin anotaciones marginales

### Certificación

Se extiende la presente copia certificada, con fundamento en los artículos 35 y 48 del Código Civil del Estado de Nayarit y del artículo 53, fracciones XII, XVII y XVIII del Reglamento Interior de la Secretaría General de Gobierno del Estado de Nayarit. La Firma Electrónica con la que cuenta es vigente a la fecha de expedición; tiene validez jurídica y probatoria de acuerdo a las disposiciones legales en la materia.

A LOS 12 DÍAS DEL MES DE JUNIO DE 2020. DOY FE.

### Firma Electrónica Avanzada

VG 9l bz ow fE xp Yn Jv OJ F8 Rm 9q YT ow fE Fj dG E6 OT R8 RW 50 aW Rh ZD pO QV IB Uk IU fE 11 bm lj aX Bp bz pC QU hJ QS BE RS BC QU 5E RV JB U3 xD VV JQ Ok hJ WE Ey MD Az MT BN Sk NO WE xB OH xS ZW dp



Código de Verificación
118020000320200000940





LIC MARIA DEL CARMEN ARREOLA FLETES
OFICIAL DEL REGISTRO CIVIL



Código QR

La presente copia certificada del acta de nacimiento es un extracto del acta que se encuentra en los archivos del Registro Civil correspondiente, la cual se ha expedido con base en las disposiciones jurídicas aplicables, cuyos datos pueden ser verificados en la página https://www.registrocivil.gob.mx/ActaMex/ConsultaFolio.jsp ,capturando el Identificador Electrónico que se encuentra en la parte superior derecha del acta, para su consulta en dispositivos móviles, descarga una aplicación para lectura del código QR.

Case 1:20-cv-01028-WCG    Filed 07/31/20    Page 8 of 8    Document 23-4