# EXHIBIT 5



**All Language Alliance, Inc.**
*Legal Translators & Court Interpreters*
9249 S. Broadway, # 200-135   Highlands Ranch, CO 80129
Tel. 303-470-9555
www.languagealliance.com

## CERTIFICATE OF ACCURACY

This is to confirm that the attached translation subject

<u>NAY/RV-CJM/RH-1983/2020</u>
<u>OFFICIAL NOTICE</u>

has been made by a qualified translator and is, to the best of our knowledge and ability,
a true and accurate translation from <u>Spanish</u> to <u>English</u> of the corresponding Spanish-language text.

Signed:

*N. Ivanichvili*

Nina Ivanichvili

07.30.20

[Coat of Arms of the Office of
the District Attorney for the
State of Nayarit]

## NAY/RV-CJM/RH-1983/2020
## OFFICIAL NOTICE

In Bucerias, municipality of Bahia de Banderas, Nayarit (Mexico) on the 11th day of June, 2020. The undersigned attorney **ERIKA YANET SOLEDAD CRUZ VARGAS**, an agent of the Public Prosecutor's Office assigned to Unit **TWO** at the Region V Center for Women's Justice, orders that the defendant **DANIEL LUKE SCHWARTZ** and the victim **SHARON ROSE HINNENDAEL** be personally notified of the provisions of the agreement handed down today:

**FIRST.** This office is ordering a protective measure for the victim's benefit that has the following effects:

**V. THE DEFENDANT DANIEL LUKE SCHWARTZ IS PROHIBITED FROM ENGAGING IN INTIMIDATING OR HARASSING CONDUCT TOWARDS THE VICTIM;**

**VI. SECURITY IN THE VICTIM'S PLACE OF DOMICILE;**

**VII. POLICE PROTECTION FOR THE VICTIM;**

**VIII.- IMMEDIATE ASSISTANCE FROM POLICE WHEREVER THE VICTIM MAY BE FOUND AT THE TIME OF REQUESTING SUCH ASSISTANCE.**

Based on Article 137 of the National Code of Criminal Proceedings, the foregoing requires that this ministerial authority, in the exercise of the strictest responsibility, shall duly and substantially order the application of suitable protective measures when it becomes apparent, as it has in this case, that the defendant represents an imminent risk to the victim's safety. Thus, the measures ordered in this case are those set forth in the previously mentioned paragraphs of the law in question, and shall be in effect for sixty days in accordance with numeral 139 of the National Code of Criminal Proceedings.

**SINCERELY
AGENT OF THE PUBLIC PROSECUTOR ASSIGNED TO
UNIT TWO AT THE REGION V CENTER FOR WOMEN'S JUSTICE
BASED IN BAHIA DE BANDERAS, NAYARIT (MEXICO)**

[Stamp] [Seal of Mexico]
DISTRICT ATTORNEY FOR
THE STATE OF NAYARIT
AGENT OF THE PUBLIC
PROSECUTOR ASSIGNED TO
[illegible] BAHIA DE BANDERAS

[illegible]
_____
**ERIKA YANET SOLEDAD CRUZ VARGAS, ESQ.**

[illegible]
SERVED WITH NOTICE _____
**SHARON ROSE HINNENDAEL**

SERVED WITH NOTICE _____
**DANIEL LUKE SCHWARTZ**

[Illegible Coat of Arms]



NAY/RV-CJM/RH-1983/2020
CÉDULA DE NOTIFICACIÓN

En Bucerias, municipio de Bahía de Banderas, Nayarit; a los 11 Once Días del mes de Junio del año 2020 dos mil veinte.
La suscrita Licenciada en Derecho **ERIKA YANET SOLEDAD CRUZ VARGAS**, agente del Ministerio Público, Adscrita a la Unidad **DOS** del Centro de Justicia para la Mujer, de la Región V, ordena se le notifique personalmente al imputado **DANIEL LUKE SCHWARTZ** y a la víctima **SHARON ROSE HINNENDAEL** de los resolutivos del acuerdo dictado el día de hoy:

**PRIMERO.** Esta autoridad ordena medida de protección a favor de la víctima para el siguiente efecto:

**V. SE LE PROHIBE AL IMPUTADO DANIEL LUKE SCHWARTZ, CONDUCTAS DE INTIMIDACIÓN O MOLESTIA A LA VICTIMA;**

VI. VIGILANCIA EN EL DOMICILIO DE LA VÍCTIMA;

VII. PROTECCIÓN POLICIAL DE LA VÍCTIMA;

**VIII.- AUXILIO INMEDIATO POR INTEGRANTES DE INSTITUCIONES POLICIALES, AL DOMICILIO EN DONDE SE LOCALICE O SE ENCUENTRE LA VICTIMA EN EL MOMENTO DE SOLICITARLO.**

Lo anterior, en razón de que el artículo 137 del Código Nacional de Procedimientos Penales, dispone que esta autoridad ministerial, bajo la más estricta responsabilidad, ordenará fundada y motivadamente la aplicación de idóneas, cuando se estime que, como en este caso se actualiza, el imputado representa un riesgo inminente para la seguridad de la víctima; por lo que la ordenada en el presente acuerdo, se establece en la fracciones antes mencionadas del ordenamiento legal en comento, las cuales tendrán una duración de sesenta días naturales de acuerdo con el numeral 139 del código nacional de procedimientos penales.

ATENTAMENTE
C. AGENTE DEL MINISTERIO PÚBLICO ADSCRITA A LA
UNIDAD DOS, DEL CENTRO DE JUSTICIA PARA LA MUJER
CON SEDE EN BAHÍA DE BANDERAS, NAYARIT.

LIC. ERIKA YANET SOLEDAD CRUZ VARGAS

NOTIFICADO _____
SHARON ROSE HINNENDAEL

NOTIFICADO _____
DANIEL LUKE SCHWARTZ