UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DANIEL LUKE SCHWARTZ,

        Petitioner,

    v.                                      Case No. 20-C-1028

SHARON ROSE HINNENDAEL,

        Respondent.

## ORDER DENYING MOTION FOR CONTINUANCE

       This matter comes before the court on Respondent's second motion to continue the September 10, 2020 evidentiary hearing. For the reasons stated during the August 7, 2020 status conference, Respondent's second motion to continue the September 10, 2020 evidentiary hearing is denied, with the understanding that the motion can be renewed at the conclusion of the scheduled hearing. The parties are reminded that the threshold issue for the court to address is whether the children's habitual residence is in Mexico and whether they were wrongfully taken or retained therefrom. *See* 22 U.S.C. § 9003; *see also Monasky v. Taglieri*, 140 S. Ct. 719, 723 (2020) ("[A] child's habitual residence depends on the totality of the circumstances specific to the case.").

       **SO ORDERED** at Green Bay, Wisconsin this 17th day of August, 2020.

                                                                s/ William C. Griesbach
                                                                William C. Griesbach
                                                                United States District Judge