# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

Daniel Luke Schwartz

v.

Sharon Rose Hinnendael

## Respondent's Exhibit List
Case Number: 20-CV-1028

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William C. Griesbach | | |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 9/9/2020 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1001 | | | | Marriage Certificate |
| | 1002 | | | | California Divorce Docket |
| | 1003 | | | | California Divorce Docs |
| | 1004 | | | | TX Certified Medical Record - Bellin |
| | 1005 | | | | Sharon's Bus Ticket |
| | 1006 | | | | Sharon's 6/25/15 message to Grupo Vidanta |
| | 1007 | | | | Danny's 7/1/15 Plane Ticket |
| | 1008 | | | | Mexican Wedding |
| | 1009 | | | | Henry's Birth Certificate |
| | 1010 | | | | Henry's Passport App Documentation |
| | 1011 | | | | Henry's Passport |
| | 1012 | | | | Henry's Sept 6-13 2018 Trip to Wisconsin |
| | 1013 | | | | Henry's Oct 3-8 2018 Trip to California |
| | 1014 | | | | Henry's Nov 19-26 2018 Trip to NYC |
| | 1015 | | | | Henry's Feb 12-19 2019 trip to WI |
| | 1016 | | | | Henry's July 1-8 2019 Trip to California |
| | 1017 | | | | Henry's July 17-24 Trip to Wisconsin |
| | 1018 | | | | Henry's Nov 1-13 2019 Trip to Wisconsin |
| | 1019 | | | | Henry's Nov 19-22 Trip to California |
| | 1020 | | | | Henry's Dec 25, 2019 - Jan 3 2020 Trip to California |
| | 1021 | | | | Dr. Stetson's Declaration with Treatment Records and Letter |
| | 1022 | | | | Feb 10, 2020 Watsapp Danny Message telling Sharon to go to WI |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 6 Pages

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

Daniel Luke Schwartz

V.

Sharon Rose Hinnendael

## Respondent's Exhibit List
Case Number: 20-CV-1028

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 9/9/2020 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1023 | | | | Murdered American photo in PV proof of friendship between Imran and Danny | |
| | 1024 | | | | Text Messages between Sharon and Michael Schwartz | |
| | 1025 | | | | Danny with Vodka at Hospital | |
| | 1026 | | | | 3/23/20 Dr. Laura Garcia - Medical Records (TRANSLATED) 8/26/20 | |
| | 1027 | | | | Dr. Adi MX Doctor Visit records from 4/29/19 (TRANSLATED) 8/14/20 | |
| | 1028 | | | | Audio - July 1 Voicemail from Dr. Thurman to Sharon that Danny is Unstable and transcript | |
| | 1029 | | | | Amazon order for security camera and credit card | |
| | 1030 | | | | A - 7.24.2020 Clips of Danny's FT Threats | |
| | 1030 | | | | B - 7.24.20 Full Video and transcript | |
| | 1031 | | | | A - 7.27.2020 Clips of Danny's FT Threats | |
| | 1031 | | | | B - 7.27.2020 Full Video and transcript | |
| | 1032 | | | | A - 7.29.2020 Clips of Danny's FT Threats | |
| | 1032 | | | | B- 7.29.20 Full Video and transcript | |
| | 1033 | | | | 7.6.20 Facetime Video (Audio Only) and transcript | |
| | 1034 | | | | 7.31.20 Full Video 459pm and transcript | |
| | 1035 | | | | 8.2.20 Full Video 458pm and transcript | |
| | 1036 | | | | A - 8.3.2020 Clips of Danny's FT Threats | |
| | 1036 | | | | B - 8.3.2020 Full Video and transcript | |
| | 1037 | | | | A - 8.7.2020 Clips of Danny's FT Threats | |
| | 1037 | | | | B- 8.7.20 Full Video 459pm and transcript | |
| | 1038 | | | | A - 8.11.2020 Clips of Danny's FT Threats | |
| | 1038 | | | | B - 8.11.20 Full Video 458pm and transcript | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

# UNITED STATES DISTRICT COURT

Eastern     DISTRICT OF     Wisconsin

Daniel Luke Schwartz

V.

Sharon Rose Hinnendael

## Respondent's Exhibit List
Case Number: 20-CV-1028

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 9/9/2020 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1039 | | | | A - 8.24.2020 Clips of Danny's FT Threats | |
| | 1039 | | | | B - 8.24.20 Full Video 457pm and transcript | |
| | 1040 | | | | A - Video - I know where your gun is | |
| | 1040 | | | | B - Transcript of Video - I know where your gun is | |
| | 1041 | | | | Video Apr 08, 2020 (Danny's wants to kill someone) and transcript | |
| | 1042 | | | | Video Feb 09, 8 47 26 PM (Imran & Danny Snorting Coke with Child) | |
| | 1043 | | | | Video Feb 09, 9 04 09 PM (Imran & Danny Snorting Coke with Child) | |
| | 1044 | | | | Video Feb 09, 9 07 11 PM (Imran & Danny Snorting Coke with Child) | |
| | 1045 | | | | Video Feb 09, 9 08 12 PM (Imran & Danny Snorting Coke with Child) | |
| | 1046 | | | | Video Feb 16, 11 47 28 PM Danny Watching Henry and Snorting Cocaine | |
| | 1047 | | | | Video Feb 16, 11 48 18 PM Danny Watching Henry and Snorting Cocaine | |
| | 1048 | | | | Video Feb 16, 11 50 38 PM Danny Watching Henry and Snorting Cocaine | |
| | 1049 | | | | Video Feb 16, 11 53 25 PM Danny Watching Henry and Snorting Cocaine | |
| | 1050 | | | | Video Feb 16, 11 55 00 PM Danny Watching Henry and Snorting Cocaine | |
| | 1051 | | | | Video Feb 17, 5 16 06 PM Danny Snorting Cocaine in Office Before Watching Henry | |
| | 1052 | | | | Video Feb 17, 8 38 03 PM Danny Taking Cocaine Pack From Office Before Watching Henry | |
| | 1053 | | | | Video Feb 17, 12 33 43 AM Danny Watching Henry After Snorting Cocaine | |
| | 1054 | | | | Video Feb 17, 12 48 01 AM Danny Drinking While Watching Henry | |
| | 1055 | | | | Video Feb 20, 4 31 45 PM First Cocaine Use of the Day | |
| | 1056 | | | | Video Feb 20, 4 59 35 PM Second Cocaine Use of Day | |
| | 1057 | | | | Video Feb 20, 9 38 48 PM Third Cocaine Use of Day | |
| | 1058 | | | | Video Mar 03, 2020 1 of 2 | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Wisconsin |

Daniel Luke Schwartz

V.

Sharon Rose Hinnendael

## Respondent's Exhibit List
Case Number: 20-CV-1028

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TRIAL DATE(S) 9/9/2020 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1059 | | | | Video Mar 03, 2020 2 of 2 |
| | 1060 | | | | Video Mar 5, 5:03 PM Danny saying hes calling client to me downstairs while doing cocaine in room |
| | 1061 | | | | Video Mar 5, 8 10 PM Danny holding cocaine while Henry is in the room and taking pills |
| | 1062 | | | | Video Mar 15, 2 49 AM Danny doing cocaine, putting on lotion |
| | 1063 | | | | Video Mar 15, 6 20 AM Part 1 Danny preparing cocaine while Henry is in the bath |
| | 1064 | | | | Video Mar 15, 6 20 AM Part 2 of Danny doing cocaine while Henry is in the bath |
| | 1065 | | | | Video of Failed Drug Test |
| | 1066 | | | | Audio 2020-05-07-19 Mary Beth Saying She Wishes Danny was Normal and Transcript |
| | 1067 | | | | Photo My truck smashed front 2 |
| | 1068 | | | | Photo of Maria's smashed truck |
| | 1069 | | | | May 7th, 2020 Whatsapp from Danny to Sharon Take the Kids and Leave |
| | 1070 | | | | Sharon and Dany whatsapp admitting to abuse |
| | 1071 | | | | Audio March of Danny Saying Sharon Can Go To Wisconsin and transcript |
| | 1072 | | | | Audio Follow UP of Sharon to Alexa Danny's Treat to Kill and to Leave and transcript |
| | 1073 | | | | Photo of Failed Drug Test |
| | 1074 | | | | gun picture |
| | 1075 | | | | Text messages between Sharon and Danny (Tim) |
| | 1076 | | | | Mexican Restraining Order & Offical Translation |
| | 1077 | | | | Docs used to obtain Mexico Restraining Order Information |
| | 1078 | | | | Alice's Passport App Documentation |
| | 1079 | | | | Proof of Request for Copy of Alice's Passport Application |
| | 1080 | | | | 22 CFR 5128 Minors |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern DISTRICT OF Wisconsin

Daniel Luke Schwartz

v.

Sharon Rose Hinnendael

**Respondent's Exhibit List**
Case Number: 20-CV-1028

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) 9/9/2020 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1081 | | | | 22 CFR 213 Application for passport verification by oath of initial passport | |
| | 1082 | | | | Alice's Passport | |
| | 1083 | | | | Alice's Birth Certificate Documentation | |
| | 1084 | | | | Audio Voicemail from Danny Begging Sharon Not to Use Condom and transcript | |
| | 1085 | | | | June 22 Message from Danny Confirming he is glad kids are safe in WI | |
| | 1086 | | | | Instagram messaging regarding Henry's Birthday | |
| | 1087 | | | | Text Messages between Sharon and Matt Schwartz | |
| | 1088 | | | | Sharon's Texts with Matt Re WI | |
| | 1089 | | | | WhatsApp Chat History | |
| | 1090 | | | | Dr. Thurman's Letter | |
| | 1091 | | | | Danny's Whatsapp with Haroon | |
| | 1092 | | | | Danny's Message to Grandma re drug abuse | |
| | 1093 | | | | Danny's Vida Vacations Email Address | |
| | 1094 | | | | Danny's text Threatening Haroon Re Trial | |
| | 1095 | | | | Danny's text communication to Terry about coming to Wisconsin | |
| | 1096 | | | | Audio Danny's VM to Haroon Consenting to Sharon Taking Children and transcript | |
| | 1097 | | | | Video of Danny Admitting He Knows Cameras Exists and transcript | |
| | 1098 | | | | Rolex | |
| | 1099 | | | | Dr. Jaffe Hinnendael and Children Report and CV | |
| | 1100 | | | | Video Feb 23, 9 23 58 PM.mp4 Kitchen unknown man drinking | |
| | 1101 | | | | Declaration of Daniel Luke Schwartz | |
| | 1102 | | | | Continuation of Restraining Order | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 5 of 6 Pages

Case 1:20-cv-01028-WCG   Filed 09/08/20   Page 5 of 6   Document 37

# UNITED STATES DISTRICT COURT

Eastern     DISTRICT OF     Wisconsin

Daniel Luke Schwartz

V.

Sharon Rose Hinnendael

## Respondent's Exhibit List
Case Number: 20-CV-1028

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| TRIAL DATE (S) 9/9/2020 | | | | | COURT REPORTER | COURTROOM DEPUTY |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | 1103 | | | | WI TRO Petition and Supporting Paperwork | |
| | 1104 | | | | Audio Sharn to Alexa - Danny Threatening to Kill Sharon and transcript | |
| | 1105 | | | | Audio Danny to Sharon about Intervention | |
| | 1106 | | | | Audio - Voicemail from Dr. Thurman for Cross | |
| | 1107 | | | | Drug Videos viewed by expert, Dr. Jaffe | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.