# UNITED STATES DISTRICT COURT

| Eastern | DISTRICT OF | Wisconsin |
|---------|-------------|-----------|

Daniel Schwartz

V.

Sharon Hinnendael

## EXHIBIT AND WITNESS LIST

Case Number: 20-CV-01028

| PRESIDING JUDGE<br>Griesbach | PLAINTIFF'S ATTORNEY<br>N. Cade/R. Podell/L. Balisle | DEFENDANT'S ATTORNEY<br>L. Beck/ A. Joseph |
|---|---|---|
| TRIAL DATE (S)<br>September 10, 2020 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Sharon Hinnendael statement, filed with court on July 20, 2020 (2 pages) |
| 2 | | | | | Birth certificate and related materials for Alice Hinnendael (Schwartz)(24 pages) |
| 3 | | | | | Copy of passport for Alice Hinnendael (Schwartz), issued June 16, 2020 (5 pages) |
| 4 | | | | | Copy of passport for Henry Schwartz, issued August 24, 2018 (5 pages) |
| 5 | | | | | Photograph of Daniel Schwartz and Sharon Hinnendael (1 page) |
| 6 | | | | | 26 various handwritten notes from Sharon Hinnendael to Daniel Schwartz (29 pages) |
| 7 | | | | | July 23, 2020 confirmation of completion rehabilitation at Roy Moffit Wellnes Center (1 page) |
| 8 | | | | | Drug test results for Daniel Schwartz (various dates - May 20 to August 26, 2020)(11 pages) |
| | | | | | Video of baby (Henry Schwartz) crawling on floor |
| | | | | | Video of Daniel Schwartz and Shaon Hinnendael bike riding |
| | | | | | Video of Daniel Schwartz holding Alice Schwartz (IMG_4032,mov) |
| | | | | | Video of Daniel Schwartz with Henry Schwartz (applying sunblock)(IMG_4018.mov) |
| | | | | | Video of Henry Schwartz on table (bc486222-f2da-4285-82f6-157c5a822e6d.mov) |
| | | | | | Video of Henry Schwartz in pool (IMG_0966.mov) |
| | | | | | Video of Daniel Schwartz and Henry Schwartz (738248f7-ebb2-4ef6-856c-b91f3c9288b4.mov) |
| | | | | | Video of Daniel Schwartz and Henry Schwartz in the bathtub (June 2020)(IMG_3341) |
| | | | | | Video of Daniel Schwartz and Henry Schwartz in the bathtub (June 2020)(IMG_3342) |
| | | | | | Video of Daniel Schwartz and Henry Schwartz in the bathtub (June 15, 2020)(IMG_3346) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages