# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re the Marriage of:<br><br>DANIEL LUKE SCHWARTZ<br><br>Petitioner,<br><br>and<br><br>SHARON ROSE HINNENDAEL<br><br>Respondent. | Case No. 20-CV-01028 |

## DECLARATION OF MARC J. ACKERMAN, PH.D.

Pursuant to 28 U.S.C. § 1746, the undersigned, Marc J. Ackerman, Ph.D., makes the following statements under penalty of perjury under the laws of the United States.

1. I am a founding faculty member, former Dean, former Chair of the Forensic Psychology program and Professor Emeritus at the Wisconsin School of Professional Psychology. I have been involved in over 2000 Forensic Psychology cases throughout the world and have testified approximately 700 times. I am a past President of the Wisconsin Psychological Association and served on its ethics committee for seven years, chairing it for two years. I recently submitted an article for publication with Dr. James Bow of a 35-year retrospective summarizing dozens of studies defining the standard of practice he and I performed with our associates. I have performed at least a dozen *Daubert* challenges over the past decade throughout the country and recently co-authored a chapter on how to perform *Daubert* challenges in a book written for attorneys. My CV attached lists my publications.

2. I have been asked to review Dr. Alan Jaffe's "Psychological Evaluation of Hinnendael and Children," dated September 6, 2020 on behalf of counsel for Daniel Schwartz.

3. Upon review of this report, without the benefit of Dr. Jaffe's file or test data, I have several concerns about the report.

4. None of Dr. Jaffe's opinions are given to a reasonable degree of psychological certainty.

5. Dr. Jaffe does not fully report the results of the MMPI-2, PAI and TSI-2. He states that elevations exist, but does not report the extent or the impact of these elevations. This is significant in light of certain decisions Sharon made regarding leaving the family's home for another country. While the elevations he describes indicate pathology, unless the test data are reviewed, it cannot be known whether the results are such great concern that Dr. Jaffe wants to minimize them, or whether there are other reasons for not reporting them.

6. The accepted rules of scientific inquiry adopted in *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) requires experts to consider alternate hypotheses and explain why they don't apply. Dr. Jaffe did no such consideration of alternate hypotheses.

7. With regard to consideration of alternate hypotheses, Dr. Jaffe did not fully evaluate Sharon's historical substance abuse and did not consider the effect of past events, including her career in films and the pornography industry on the PTSD diagnosis Dr. Jaffe reached.

8. All data collected are from Sharon, her family and friends, with no response from Daniel or others who might provide conflicting information. The report is a summary of Sharon's view of her situation alone and thus, of lesser value and reliability.

9. Dr. Jaffe uses outdated, archaic and refuted articles to reach his opinions about the effects on children of domestic violence and ignores almost fifty years of new research in this area.

10. The American Psychological Association Ethics Code and The Specialty Guidelines for Forensic Psychology both state that psychologists cannot give opinions about individuals they have not examined. Dr. Jaffe did not meet with Daniel, determine the full nature of his treatment given restrictions on residential treatment during this time of COVID-19, or obtain updated information about his drug test results after May 13, 2020, even though Dr. Jaffe's report was signed September 6, 2020, or hear his response to Sharon's concerns.

11. In sum, the Court is in the position of relying on an incomplete report, that does not comply with APA code requirements, does not meet the *Daubert* requirement of considering alternate hypotheses, relies on Sharon's view without checking it out, does not provide a complete analysis of the test results, used outdated materials in support of his opinions which are not to a degree of psychological certainty, disregards relevant information and issues and does not consider the negative impact on the children of being raised in a father absent home.

12. Based on my experience as set forth in paragraph 1, It is my opinion to a reasonable degree of psychological certainty that this report is substandard, and does not meet the standard of practice.

_____
Marc J. Ackerman, Ph.D.

Subscribed and sworn to before me
this __14th__ day of September, 2020.

_____
Notary Public, State of Wisconsin
My Commission: *is permanent*

[Notary seal: DAVID MICHAEL FRANKLIN, NOTARY PUBLIC, STATE OF WISCONSIN]

April 2020

# VITA

Marc James Ackerman, Ph.D.
5555 N. Port Washington Road, Suite 300
Glendale, WI 53217

Office Telephone: (414)-962-6764
Fax: (414)-962-6765
Email: mjackerman@aol.com

## ACADEMIC TRAINING:

| | |
|---|---|
| A.B. | Marquette University, June 1968. Psychology major, Philosophy Minor |
| M.S. | Marquette University, June 1970. Clinical Psychology<br>Major Professor: Raymond J. McCall, Ph.D. |
| Ph.D. | University of Georgia, June 1972. Clinical Psychology and School Psychology, Co-Majors, Major Professor: William F. White, Ph.D. |

Post doctoral Clinical Psychology Traineeship Veteran's Administration Center, Wood, WI 7/72-7/73 involved psychotherapy, psychodiagnostic and compensation and pension evaluations. 2,000 hours Supervisors: Alan Wilson, Ph.D., James Hart, Ph.D., and Harold Rosen, Ph.D.

Wisconsin Licensed Psychologist, 1973 #0506. National Register of Health Service Providers in Psychology, 1975 #18616. Certified Level II School Psychologist, 1979 #A265393445821, Certificate of Professional Qualification (CPQ), 2001 #828, Interjurisdictional Practice Certificate (IPC), 2011 #818

## ACADEMIC EXPERIENCE

1968-1972  Marquette University Clinical Training Center Teaching Assistantship. Responsibilities included the Individual Intelligence Testing and Personality Assessment Courses (Supervisor: Mary Ann Siderits, Ph.D.) 1968-1970; Practicum at the Veteran's Administration Center (Supervisors: Alan Wilson, Ph.D., James Hart, Ph.D.) 1/70-5/70; Georgia Mental Retardation Center-Group Therapy (Supervisor: Bert O. Richmond, Ph.D.) 1/71-5/71; Taught Educational Psychology 304 (Supervisor: E. Paul Torrance, Ph.D.) 6/71-8/71; University of Georgia Child Guidance Center-evaluation and Individual and family therapy.

MARC J. ACKERMAN, PH.D.
VITA
Page 2

Supervision of other graduate students. (Supervisor: Bert O. Richmond, Ph.D.) 6/71-6/72; Mental Health Division-Student Health Center-individual and group therapy with university students (Supervisor: Carol Currier, Ph.D.) 9/71-6/72.

EMPLOYMENT EXPERIENCE:

| | |
|---|---|
| 6/76 - 9/11 | Full-time private clinical and forensic practice. Effective 1/10 practice limited to forensic psychology. Part-time effective 9/11. |
| 9/73 - 6/15 | Part-time consultant at St. Francis Children's Center, a program for developmentally disabled children, working mostly with the staff and the parents setting up behavior and therapeutic remediation programs. Director of Behavior Management Committee. Full-time Employment 9/73-9/75. |
| 5/87 - 2008 | Consultant for Willowglen Academy. |
| 8/80 - 10/08 | Director - North Shore Psychotherapy Associates. |
| 10/90 - 3/00 | Charter Behavioral Health Systems Wisconsin Director of Internship 9/95-11/98 Member Credentials Committee 10/90-3/00 Director - Diagnostic Treatment Program 1/94 - 1/97 Director Psychological Services 7/91 to 3/00 Unit Director-Child Inpatient Unit 10/90-1/94 Taught 3rd year Medical College of Wisconsin students 1/93-11/98 (Facility closed). |
| 5/88 - 10/89 | Consultant to Great Lakes Hemophilia Foundation AIDS Project. |
| 11/85 -1/93 | Allied Health Staff, Department of Psychiatry, St. Michael Hospital. |
| 10/84 - 1/86 | Consultant for Mt. Sinai Medical Center Psychiatry Clinic. |
| 7/78 - 1/92 | Director - North Shore Educational Services. (Facility closed.) |
| Prior to 1985 | Consultant - Valley View Residential Care Facility. Facility closed. Involved 160 residents, 120 of whom were chronically mentally ill, and 40 of whom were retarded adults. Duties involved: consulting with staff; mental status exams with residents; competency evaluations; psycho diagnosis; and group and individual therapy. Agency closed. (6/70-7/85) Consultant for North Shore Exceptional Education Cooperative. Assigned to TMR classroom at Good Hope School. (10/80-3/83) Area Coordinator for American Guidance Service for the standardization and validation of the Kaufman Assessment Battery for Children (K-ABC) and The Vineland Social Maturity Scales. (10/80-5/82) Guest editor- <u>Journal of Consulting and Clinical Psychology.</u> (1/80) Consultant for Children's Clinic at the Archdiocese of Milwaukee (9/73-9/78). Consultant for Witt Hall. Agency closed. (9/75-9/79). |

USOE Assistantship assigned to W.F. White, Ph.D., and W.L. Bashaw, Ph.D., to assist with systems approach to evaluation with Follow Through Programs and Consultant for Atlanta Model Cities through Education Evaluation Services, Inc. (9/70-6/72). Milwaukee Public School System- Department of Psychological Services. Responsibilities included psychometric work for Gaenslen Orthopedic School, Pierce Street Elementary School, Emerson Elementary School, Lincoln High School, and Riverside High School (3/70-6/70; 10/72-11/72).

TEACHING EXPERIENCE;

| | |
|---|---|
| 5/78 - Present | Wisconsin School of Professional Psychology |
| | Professor Emeritus 5/14 |
| | Full Clinical Professor – Founding Faculty Member |
| | Chair of Forensic Psychology Program 1/03 to 6/15 |
| | Dean and Chief Academic Officer 12/81 to 3/87 |
| | Director of Clinical Training 3/81 to 3/90 |
| | Admissions Committee 3/90 to 6/00; 9/02-2014 |
| | Curriculum Committee 5/78 to 12/81 |
| | Courses taught: Adult Assessment; Child Assessment Practicum; Child Therapy Techniques; Adult Therapy Techniques; Group and Family Therapy; Child Cognitive and Behavioral Therapy; Introduction to Forensic Psychology; Civil Forensic Psychology; Advanced Seminar in Forensic Psychology; Practicum in Forensic Psychology |
| 9/98 - 12/98 | Marquette University - Forensic Psychology |
| 9/98 - 9/15 | Marquette University- Guest Lecturer Doctoral Ethics Course |
| 9/73 - 9/93 | Cardinal Stritch College. Part-time instructor of graduate psychology courses; Behavior Management; Individual Intelligence Testing; Psychology of Emotionally Disturbed; Individual and Family Counseling. |
| Prior to 1990 | College of Racine Graduate course - Child Development (6/73-8/73) University of Wisconsin, Milwaukee (UWM). Part-time instructor of undergraduate psychology courses: Introduction to Personality; Child Psychology; Behavior Pathology (1/73-9/74). |

COMMITTEES AND MEMBERSHIP:

| | |
|---|---|
| 9/74 - Present | Member of the American Psychological Association, Wisconsin Psychological Association, National Register for Health Service Providers in Psychology, Milwaukee Area Psychological Association. |
| 10/08 – 2011 | Member American Academy of Matrimonial Lawyers Guidelines Committee |
| 1/96 - 2010 | President - Wisconsin Psychology Foundation |

MARC J. ACKERMAN, PH.D.
VITA
Page 4

| | |
|---|---|
| 1/91 - 2003 | Wisconsin Psychological Association Administrative Council
1995-1996 Past President
1993-1994 President
1991-1992 President Elect
1996-2003 Ethics Committee
2002- 2003 Chair Professional Issues Committee |
| 10/87 - Present | Program Committee Reviewer-Southeastern Psychological Association. |
| 10/84 - 6/15 | Member of Academy of Family Mediators. |
| 11/97 - 1/00 | Co-Chair-Wisconsin Psychological Association/Wisconsin Bar Association. Interdisciplinary Committee on Mental Health Issues. |
| 6/88 - 2000 | Member of Research Committee of the St. Francis Children's Center |
| Prior to 1990 | President and President Elect of Milwaukee Area Psychological Association. (5/87-5/89) Member Advisory Council-University School Milwaukee Specific Language Disability program. (1/84-1/90) Member Education Committee-University School Milwaukee. (1/80-9/81) Member Parent-School Council-University School Milwaukee. Chairman of Human Relations Committee. (5/79-9/81) Advisory Committee of The Division of Pupil Personnel Services-Archdiocese of Milwaukee. (9/75-9/78) Corporate Member-Jewish Vocational Services. (5/75-5/78) |

<u>BOARDS:</u>

| | |
|---|---|
| 10/06 – 8/14 | University of Georgia Graduate Education Advancement Board (GEAB) |
| 9/07 – 9/11 | Jewish Family Services (JFS), Milwaukee, WI |
| 9/87 - 11/91 | Member Board of Governors-Society of Clinical and Consulting Psychology. Treasurer 11/89 - 11/91. |

| | |
|---|---|
| <u>AWARDS:</u> | April 21, 1995 - Wisconsin Psychological Association Award for Outstanding Contributions to the Advancement of Psychology as an Applied Profession of Psychology |
| | November 19, 1999 – Wisconsin Psychological Association Award For Outstanding Contributions to the Profession of Psychology Through Leadership in the Association. |

MARC J. ACKERMAN, PH.D.
VITA
Page 5

PUBLICATIONS:

| | |
|---|---|
| 2014 | Reviewer for American Psychological Association publication – J.N. Butcher, G.A. Hass, R.L. Greene, & L.D. Nelson. <u>Using the MMPI-2 in Forensic Assessment,</u> 2015 |
| 2004- Present | Associate Editor- Journal of Child Custody |
| 2000-Present | Associate Editor- Journal of Forensic Psychology Practice |
| 2012-Present | Editorial Board- Journal of Personal Injury and the Law |

BOOKS & CHAPTERS:

<u>Psychological Experts in Divorce Actions</u> (7th Edition) (2019) Wolters Kluwer, New York (with Andrew W. Kane, Ph.D. & Jonathan W. Gould, Ph.D.)

<u>Psychological Experts in Divorce Actions</u> (6th Edition) (2015) Wolters Kluwer, New York (with Andrew W. Kane, Ph.D., Jonathan W. Gould, Ph.D. & Milfred "Bud" Dale, Ph.D. J.D.)

Child Custody Evaluations. With Jonathan W. Gould, Ph.D. Chapter in: <u>Handbook of Forensic Psychology</u>. American Psychological Association. (2014)

<u>Psychological Experts in Divorce Actions</u> (5th Edition) (2011) Aspen Law Publishers, New York (with Andrew W. Kane, Ph.D.)

<u>The Ackerman-Schoendorf Scales for Parent Evaluation of Custody (ASPECT)</u>: A Review of Research and Update, In <u>Psychological Testing in Child Custody Evaluations (2nd Edition)</u>, Flens, J.R, & Drozd, L, ed. Haworth Press, (In preparation). New York, New York.

<u>Essentials of Forensic Psychological Assessment</u> (2nd Edition) (2010). John Wiley & Sons, Inc., Hoboken, N.J.

Critical Issues in Child Custody Cases. Chapter in: <u>2009 Family Law Update</u>, Brown, R.L. & Morgan, L.W. Aspen Publishers. New York (with Elizabeth Waisanen, MSSW).

Divorce Cases: Mental Health Issues. Chapter in: <u>2009 Family Law Update</u>, Brown, R.L. & Morgan, L.W. Aspen Publishers. New York (with Alison Kravit, MS).

<u>Does Wednesday Mean Mom's House or Dad's</u> (Second Edition) (2008) John Wiley & Son's Inc., Hoboken, N.J.

<u>Clinicians guide to child custody evaluations</u> (3rd Edition) (2006) John Wiley & Sons, Inc. Hoboken, N.J.

<u>The Ackerman-Schoendorf Scales for Parent Evaluation of Custody (ASPECT)</u>: A Review of Research and Update, In <u>Psychological Testing in Child Custody Evaluations</u>, Flens, J.R, & Drozd, L, ed. Haworth Press, (2005) New York, New York.

Transfusion Maybe, Laid to Rest, No: A Response to the Mary Connell Review of the Ackerman-Schoendorf Scales for Parent Evaluation of Custody (ASPECT), In Psychological Testing in Child Custody Evaluations, Flens, J.R. & Drozd, L., ed, (2005) Haworth Press, New York, New York.

Forensic Psychology (with Randy Otto, Ph.D.) John Wiley & Sons Inc., New York, N.Y. In preparation.

Psychological Experts in Divorce Actions, 4th Edition (2005). Aspen Law Publishers. New York (with Andrew W. Kane, Ph.D.)

Understanding Abuse in Custody Cases (2004) Family Law Update Chapter 8, 295-343

Child custody evaluations: Comparing psychologists' practices with judges' and lawyers' expectations. Chapter in: Innovations in clinical practice: A source book. (Vol. 20) VandeCreek L. and Jackson T.L. (Eds). (2002) Professional Resource Press, Sarasota, Fl

Clinicians guide to child custody evaluations, (2001) (2nd Edition) John Wiley & Sons, Inc., New York, N.Y.

Parental alienation syndrome: Does parental alienation syndrome really exist? (2000) Wiley Family Law Update. Chapter 6. 145-167

Essentials of forensic psychological assessment (1999) John Wiley & Sons, Inc., New York, NY

Psychological experts in divorce actions-3rd Edition.(1998) (with Andrew W. Kane, Ph.D.), Aspen Law Publishers, New York.

Psychological experts in personal injury actions- 3rd Edition (1998) (with Andrew W. Kane, Ph.D.), Aspen Law Publishers, New York,

How divorce affects families. 1998 Wiley family Law Update, Wiley Law Publications, Colorado Springs, CO, 1998. Chapter, 107-162

Child custody evaluation practices: A 1996 survey of experience psychologists. Wiley Family Law Update. 565-586. 1996

Does Wednesday mean mom's house or dad's: Parenting together while living apart, (1997) John Wiley & Sons.

MMPI-2 in child custody evaluations, 1996 Wiley Family Law Update. Chapter 1, 1-36

Clinician's guide to child custody evaluations. (1995) John Wiley & Sons, Inc., New York, N.Y.

Sexual abuse memories: Repressed or false, Chapter 1, 1995 Wiley Family Law Update. 1995.

American Psychological Association Guidelines for Child Custody Evaluations Divorce Proceedings. Overview, Interpretation, and Elaboration. Chapter 4, <u>Wiley Family Law Update</u>, 1995.

"The elements of psychological evaluations in custody cases" Chapter in <u>Encyclopedia of Matrimonial Practice</u> Ronald Brown, Ed. Prentice Hall Law, N.Y. 1991

<u>How to examine of psychologist experts in divorce and other civil actions</u> (with Andrew Kane, Ph.D.) Wiley and Sons, Inc., 1990.

<u>Nobody ever said it would be easy: A guide for effective childrearing</u>. Copyright 1987.

TESTS:

<u>Ackerman-Schoendorf Scales for Parent Evaluation of Custody –Short Form</u> (ASPECT-SF) Western Psychological Services, Los Angeles, CA, (2000). (With Susan Schoendorf, Psy.D.)

<u>ASPECT - Ackerman-Schoendorf Scales for Parent Evaluation of Custody</u>. (1992) (with Kathleen Schoendorf, Psy.D.), Western Psychological Services, Los Angeles, CA.

ARTICLES:

Mathy, N. & Ackerman M.J. 30 Years of Research from Keilin and Bloom to Present: A Survey of Child Custody Evaluation Practices. In Preparation.

Neff, M., Ackerman, M.J. & Gould, J.W. Instrument Selection and Daubert Admissibility in Child Custody Evaluations: A Survey of Psychologists. In Preparation.

Ackerman, M.J. & Pritzl, T. (2012). Reality Is…. A Response to Martindale, Tippins, Ben-Porath, Austin, and Wittman. <u>Family Court Review</u>, 50, 3, 508-511.

Ackerman, M.J., & Pritzl, T. (2011). Child Custody Evaluation Practices: A 20 Year Follow-up. <u>Family Court Review</u>, 49, 618-628.

Ackerman, M.J., & Drosdeck, C. (2010). Placement Schedules for children under two years of age. <u>Family Advocate</u>, Summer 2010, 33, 12-15.

Ackerman, M.J. (2009). "People talking without speaking, People hearing without listening.". <u>American Journal of Family Law</u>, 23, 4, 224-231.

Ackerman, M.J., & Dolezal, S. (2006). Experienced custody evaluators' views of controversial issues. <u>American Journal of Family Law,</u> 20, 200-205

Ackerman, M.J. (2006). The APA code of ethics and child custody work. <u>American Journal of Family Law,</u> 20, 102-111

Ackerman, M.J. (2006). Forensic psychology report writing. <u>Journal of Clinical Psychology,</u> 62, 59-72

Ackerman, M.J. (2005). Ackerman-Schoendorf Scales for Parent Evaluation of Custody (ASPECT) Review of Research and Update. <u>Journal of Child Custody</u>, Vol. 2, 179-193.

Ackerman, M.J. (2005). Transfusion Maybe, Laid to Rest, No: A Response to the Mary Connell Review of the Ackerman-Schoendorf Scales for Parent Evaluation of Custody (ASPECT. Journal of Child Custody, Vol. 2, 211-214

Ackerman, M.J., Ackerman, M.C., Steffen, L. and Kelly S. (2004). Psychologist's Practices compared to expectations of Family Law Judges and Attorney's in child custody cases. Journal of Child Custody, 1, 41-60

Ackerman, M.J (2003). Psychological maltreatment. Family Advocate, 26, 19-22.

Ackerman M.J., Steffen L.J., (2001). Custody evaluation practices; A survey of family law judges. American Journal of Family Law. Vol. 15, No 1, 12-23.

Evaluating the evaluator: The psychologists' view, (2000). Family Advocate, Vol. 23, No. 1.

Second opinion custody evaluations: To do or not to do. American Journal of Family Law, Vol. 14, 11-14 (2000).

Placement schedules: Guidelines for physical placement and visitation schedules (1999). American Journal of Family Law, Vol. 13, No. 2, 93-100

Child custody evaluation guidelines: Ethical concerns, Wisconsin Psychologist. March, 1998

Ackerman, M.J. & Ackerman, M.C. (1997). Child custody evaluation practices. A survey of experienced professionals (Revisited). Professional Psychology: Research and Practice, 28, 137-147.

Ackerman, M.J. & Ackerman, M.C. (1996). Child custody evaluation practices: A 1996 survey of psychologists, 30. Family Law Quarterly, 565-586.

Recent trends in child custody case law: Psychologists (1996) perspectives. American Journal of Family Law, Vol. 10, No. 2, 71-79.

APA guidelines for child custody evaluation: Overview, Interpretation, Elaboration. Three part series. Vol. 16, Nos. 1, 2, 3. Fairshare. 1996.

American Psychological Association guidelines for child custody evaluations. (1994). American Journal of Family Law, Vol. 8.

Do's and Don'ts For lawyers whose clients seek custody. Family Advocate, Spring, 1994.

A child's shattered ego: The aftermath of divorce. American Journal of Family Law, John Wiley & Sons, Inc., Spring, 1994.

Surviving your day in court, (1993). Register Report. December.

"Attorney sexual misconduct: The why, how and consequences. (with Robert S. Pledl and Andrew W. Kane, Ph.D.) <u>American Journal of Family Law.</u> Summer, 1992.

"Issues in child sexual abuse allegations: Incest families and child testimony" <u>American Journal of Family Law.</u> Spring, 1992.

Child sexual abuse: Bonafide or fabricated-Revisited. <u>American Journal of Family Law,</u> Winter, 1991.

Psychological evaluations in custody cases. Four Series, Vol. 10; Nos. 6, 7, 8, 9. <u>Fairshare.</u> 1990.

Adjustment of the family to divorce. <u>American Journal of Family Law,</u> 3, Fall, 1989.

Child sexual abuse: Bonafide or fabricated. <u>American Journal of Family Law,</u> Summer 1987.

Recent research on the effect of divorce on children. <u>Wisconsin Journal of Family Law.</u> December, 1984.

Psychological tools of the trade, Family <u>Advocate/American Bar Association,</u> Spring 1984. Volume 6 #4 (with James J. Podell, J.D.).

Self Taught Inner Control of Hyperactivity (STICH). A paper Presented at International Conference for the Association of Children with Learning Disabilities. February, 1980.

Alcoholism and the Rorschach (1971). <u>Journal of Personality Assessment,</u> 35, 224-228.

Social desirability in economically disadvantaged children. Dissertation. University of Georgia. 1972. Major Professor: William F. White, Ph.D.

## WORKSHOPS, PRESENTATIONS, AND PAPERS:

| | |
|---|---|
| 1/01 - Present | Conducting child custody evaluations and studies: Current issues, controversies and solutions, Specialized Training Services, Inc. Phoenix, AZ 1/01; Sacramento, CA 1/01; Austin, TX. 12/01; Columbus, OH. 3/02; Chicago, IL 6/02; Portland, OR 10/02; Denver, CO 10/02; Baltimore, MO 11/02; Fort Lauderdale, FL 3/03; San Diego, CA 1/04; Sacramento, CA 9/04; Columbus, OH 11/04; Los Angeles, 12/05; Washington D.C., 3/06; San Jose, CA, 10/06; Austin, TX 12/06; San Diego, CA 9/07; San Jose, CA 10/10; Los Angeles, CA 11/12; Chicago, IL 11/13 |
| 11/18 | Guidelines, Research and Daubert: How They Work Together and When They Differ (with Arnold Sheinvold Ph.D. and Mary Neff Psy.D.). AFCC 13th Symposium on Child Custody, Denver, CO. |
| 9/16 | Ethics for Forensic Psychologists. Wisconsin School of Professional Psychology |
| 8/6/15 | Current Critical Issues in Performing Child Custody Evaluations. 125th American Psychological Association Annual Convention, Toronto, Canada. |

| 7/21-7/25/14 | Practicing in the Shadow of the Courts: Legal Issues for Mental Health Professionals. 28th Annual Medical College of Wisconsin Door County Summer Institute, Door County, WI (with Jonathan W. Gould, Ph.D., Nancy Olesen, Ph.D. & Jay Flens, Psy.D.) |

MARC J. ACKERMAN, PH.D.
VITA
Page 10

| 4/14 | Essentials of Forensic Psychological Assessment. Full-day workshop at Wisconsin Psychological Association Annual Convention, Madison, WI |
| --- | --- |
| 8/07-8/08/13 | Ethical Issues in Forensic Psychology. 27th Annual Medical College of Wisconsin Door County Summer Institute. Door County,WI. |
| 5/13 | Child Custody Evaluation Standard of Practice: What do we really know? Association for Family and Conciliation Courts. Los Angeles, CA. (with Jonathan Gould, Ph.D.) |
| 9/12 | Ethical Issues in Forensic Psychology for Clinicians and Forensic Psychologists. Wisconsin School of Professional Psychology Ethics Seminar. Milwaukee, WI. |
| 3/11 | Critical issues in child custody evaluations. Brisbane Family Courts. Brisbane, Australia. |
| 8/10 | Critical issues in child custody evaluations 118th Annual meeting of the American Psychological Association, San Diego, CA. |
| 8/10 | Critical Issues in child custody evaluations. New Mexico Bar Association, Albuquerque, NM. |
| 11/09 | Defining Standards of Practice in child custody evaluations. Association of Family and Conciliation Courts, Reno, Nevada (with James Bow, Ph.D.). |
| 4/09 | Psychological Testing in Child Custody Cases. Wisconsin Psychological Association Annual Meeting, Madison, WI. |
| 9/08 | Pitfalls in child custody cases. National Business Institute, Milwaukee, WI. |
| 10/07 | Controversial Issues in Custody Cases: Parental Alienation, Placement Schedules, Domestic Violence, and Relocation. Nineteenth Annual Institute Ohio Chapter of the American Academy of Matrimonial Lawyers, Columbus, Ohio. |
| 9/07 | Controversial Issues in Child Custody Cases. Canadian Psychological Association Summer Institute, Ottawa, Canada. |
| 9/07 | Controversial Issues in Child Custody Cases. First Annual State of the Family Symposium. National Center for Law at the University of Richmond, Richmond, VA. |
| 8/07 | Controversial Issues in Child Custody Cases. 115th Annual Meeting of the American Psychological Association, San Francisco, CA. |
| 4/07 | Controversial Issues in Child Custody Cases. Wisconsin Psychological Association, Madison, WI. |
| 8/06 | Current issues in child custody cases. The Family Law Institute Colorado Bar Association. Breckenridge, Co. August, 2006. |

| | |
|---|---|
| 6-06 | The alienated child. 19th Judicial Conference. Lake County Bar Association. Lake County IL., June, 2006. |

MARC J. ACKERMAN, PH.D.
VITA
Page 11

| | |
|---|---|
| 7/06 | Child custody evaluations. International Conference of Applied Psychology, Athens, Greece, July, 2006. |
| 1/06 | Controversial topics in child custody: Domestic violence, alienation, Placement schedules. New approaches-New Solutions Law Education Institute Family Law Conference, Aspen, Colorado, 2006. |
| 9/05 | Latest developments in child placement. National Business Institute, Milwaukee, WI. |
| 8/05 | Complex issues for experienced child custody evaluators: An advanced seminar. Full Day Continuing Education Workshop at the 113th Annual Meeting of the American Psychological Association, Washington, DC, August 2005. |
| 6/05 | Placement Schedule Issues, ABA teleconference with Phil Stahl, Ph.D. |
| 10/04 | Controversial issues in child custody evaluations (with Phil Stahl & Jonathan Gould). American Bar Association Family Law Section. Milwaukee, WI. |
| 8/04 | Conducting child custody evaluations: Current issues, controversies and solutions. The Medical Collage of Wisconsin Door County Summer Institute. Door County, WI. |
| 4/04 | Preparing to cross examine the psychological expert. American Bar Association Family Law Section. San Juan, Puerto Rico. |
| 11/03 | The Psychological Edge. State Bar Association of North Dakota. Fargo, ND. |
| 8/03 | Complex issues for experienced child custody evaluators: An advanced seminar. Full Day Continuing Education Workshop at the 111th annual meeting of the American Psychological Association, Toronto, Canada, August 2003. |
| 6/03 | Problems with interviews of alleged victims of child sexual abuse. Wisconsin Association of Criminal Defense Lawyers. Madison, WI 6/19/03. |
| 6/03 | How divorce affects families. Grand Rounds Medical College of Wisconsin, Milwaukee, WI. |
| 4/03 | Psychological Experts in Personal Injury Cases. Wisconsin Psychological Association, Madison, WI. |
| 1/03 | Placement schedules for children under 2 years of age. Law Education Institute Family Law Conference 2003, Snowmass, Colorado. |
| 1/03 | The use of psychological tests in criminal cases. Law Education Institute Criminal law Conference 2003. Snowmass, Colorado. |
| 11/02 | How divorce affects families. Grand Rounds Milwaukee Psychiatric Hospital. |

MARC J. ACKERMAN, PH.D.
VITA
Page 12

| | |
|---|---|
| 8/02 | Complex issues for experienced child custody evaluators: An advanced seminar. Full Day Continuing Education Workshop At the 110th annual meeting of the American Psychological Association, Chicago, IL. August 2002. |
| 8/02 | Assessment instruments in custody cases. Symposium presented at the 110th annual meeting of the American Psychological Association. Chicago, IL. August, 2002 (with Alex Caldwell, Ph.D.; Randy Otto, Ph.D.; Sheryl Dolezal, Psy.D.). |
| 4/02 | Use of the MMPI-2 in therapeutic and forensic work. A workshop at The Wisconsin Psychological Association Convention 2002, Madison, WI. 4/02 |
| 1/02 | The use of the MMPI-2 in custody cases 10 years after release. Law Education Institute Family Law Conference 2002. Steamboat Springs, CO. 1/02 |
| 8/01 | MMPI-2 stability within and across forensic settings. Paper presented at the 109th Annual meeting of the American Psychological Association, San Francisco, CA August, 2001 (with Roger Greene, Ph.D, Stuart Greenberg Ph.D, Jeffrey Davis Ph.D, and Richard Fredrick Ph.D.). |
| 8/01 | Child Custody Evaluation: Comparing survey of psychologists, judges, and lawyers. A paper presented at the 109th annual Meeting of the American Psychological Association, San Francisco, CA. August, 2001 |
| 4/01 | Child custody evaluation & visitation schedules, Louisiana State Bar, New Orleans, LA. (3/30/01) |
| 1/01 | What Family Law Judges Except from Psychologists in Custody Case: A Survey, Law Education Institute-Family Law Conference, Vail, CO. (2001) |
| 12/00 | Child Custody and Time Sharing in Wisconsin. National Business Institute. Milwaukee, WI. |
| 8/00 | Psychological Experts in Personal Injury Cases - Full Day Continuing Education Workshop at the 108th Annual Meeting of the American Psychological Association, Washington, D.C. |
| 8/00 | What Judges Expect From Psychologists in Child Custody Evaluations. Child Custody Evaluation Practices: A Survey of Judges. A paper of the American Psychological Association, Washington, D.C. |
| 1/00 | How to Prepare Clients for Child Custody Evaluations and Interviews with the Guardian ad Litem. Law Education Institute Family Law Conference (2000) Vail, CO. |
| 10/99 | Profile of the Child Abuser: Identification and Assessment, St. Catherine Hospital Master Lecture Series, 1999, Munster, IN. |
| 8/99 | Discussant: Parenting and Personal Injury Examination – Practical Applications, 107th Annual Meeting of the American Psychological Association, Boston, MA, August, 1999. |

MARC J. ACKERMAN, PH.D.
VITA
Page 13

| | |
|---|---|
| 1/99 | Placement Schedules: The Good, The Bad, and The Ugly, Law Education Institute Family Conference, 1999, Vail, CO. |
| 11/98 | Ethical Dilemmas for Lawyers and Psychologists: Negotiating the Rapids of Divorce. Wisconsin Psychological Association/State Bar of Wisconsin, Madison, WI, November, 1998 (with Susan Hansen, J.D.). |
| 11/98 | Use and Misuse of Psychological Tests in Custody Cases. Lawyers and Psychologists: Negotiating the Rapids of Divorce. Wisconsin Psychological Association/State Bar of Wisconsin, Madison, WI. November, 1998 (with Kathleen Schoendorf, Psy.D.). |
| 10/98 | Understanding and Using Psychological Tests in Custody Cases. National Association of Counsel for Children. Milwaukee, WI, October, 1998. |
| 8/98 | Placement schedules. The good, the bad and the ugly. Symposium Participant. "Protecting children During Divorce: Critical Issues and Creative Solutions, presented at the 106th annual meeting of the American Psychological Association, San Francisco, CA, August, 1998. |
| 8/98 | Child custody evaluations for the experienced practitioner. Full day Workshop at the 106th Annual meeting of the American Psychological Association, San Francisco, CA, August, 1998. |
| 3/98 | How to perform custody evaluations. Full day workshop for the West Virginia Psychological Association. |
| 2/98 | Ethical Issues in Forensic Psychology. Colloquium at Marquette University Psychology Department. |
| 1/98 | Post-traumatic Stress Disorder in Personal Injury cases. 1998. Law Education Institute Civil Litigation Conference. Vail, CO. |
| 1/98 | MMPI-2 in custody cases. 1998. Law Education Institute Family Law Conference. Vail, CO. |
| 8/97 | Validity Issues in Child Custody Evaluation: Conceptual and Empirical Approaches. Symposium participant at the 105th annual meeting of the American Psychological Association. Chicago, IL. |
| 8/97 | Surviving Your Day in Court: Interplay Between Psychology and Law. Symposium participant, 105th annual meeting of the American Psychological Association. Chicago, IL. |
| 8/97 | Child custody evaluations for the experienced practitioner. Full day Continuing Education Workshop at the 105th annual meeting of the American Psychological association. Chicago, IL. |
| 7/97 | Malingering and Personal Injury Cases: What Psychological Tests Tell Us. Law Education Institute, Alaska. |

| | |
|---|---|
| 7/97 | Current Child Custody Evaluation Practices: 1996 & 1997 Survey Studies. Law Education Institute, Alaska. |
| 4/97 | Child Custody Evaluation Practices. Children, Divorce, and custody: Lawyers and psychologists working together. Paper presented at the joint American Bar Association & American Psychological Association Meeting, Los Angeles, CA. |
| 4/97 | Specialized Instruments. Children, Divorce, and Custody: Lawyers and Psychologists Working Together. Paper Presented at the joint American Bar Association & American Psychological Association meeting, Los Angeles, CA. |
| 1/97 | Malingering in Personal Injury Cases: What Psychological Tests Tell Us. Presentation at the 1997 Civil Litigation Conference. Vail, CO. |
| 1/97 | MMPI-2 and Criminal Cases: A Look at Jeffrey Dahmer's Mind. Presentation at the 1997 Family Law Conference. Vail, CO. |
| 1/97 | Current Custody Evaluation Practices: 1996-1997 Survey Studies. Presentation at the 1997 Family Law Conference. Vail, CO. |
| 11/97 | Ethical Implications of American Psychological Association Child Custody Guidelines. Presentation at the annual Wisconsin Psychological Association Meeting, Madison, WI. |
| 8/96 | Child custody evaluation practices, 1996 - Keilin & Bloom revisited. Symposium participant in 104th annual meeting of the American Psychological Association, 1996, Toronto, Canada. |
| 4/96 | Ethical Considerations with Managed Care. Presentation at the Wisconsin Psychological Association, 1996, Toronto, Canada. |
| 3/96 | How to perform child custody evaluation: A comprehensive overview. (2 day workshop) Hawaii Psychological Association, Honolulu, Hawaii. |
| 1/96 | False Memory Syndrome: Does it exist, how to deal with it, and its implications in civil litigation. 1996 Winter Civil Litigation Conference, Vail, CO. |
| 1/96 | False Memory Syndrome: Does it exist, How to deal with it, its implications in Family Law, 1996. Winter Family Law Conference, Vail, CO. |
| 10/95 | Panel discussion of (Bruck/Ceci) Researchers Findings/ Implications for Sexual Abuse Cases. Supreme Court of Wisconsin-Wisconsin Judicial Conference. Lake Geneva, WI. |
| 10/95 | Child Sexual Abuse Allegations. Wisconsin School Psychologist's Association Annual Meeting, Manitowoc, WI. |
| 8/95 | Child Custody Evaluations Beginning to End. Full day workshop presented at the 103rd meeting of the American Psychological Association. New York, NY. |

| | |
|---|---|
| 8/95 | MMPI Use in Child Custody Evaluations: Integrating the Data. Integrating MMPI, MMPI-2 and ASPECT date in child custody evaluations. Symposium participant at the 103rd annual meeting of the American Psychological Association. New York, NY. |
| 8/95 | Child Custody Assessment: A Comparison of Four Empirical Approaches. The Ackerman-Schoendorf Scales for Parent Evaluation of Custody (ASPECT).Symposium Participant at the 103rd annual meeting of the American Psychological Association. New York, NY. |
| 5/95 | Child Custody Evaluations: Meeting the Challenges and Avoiding the Pitfalls. Maine Academy of Continuing Education for Psychologists. |
| 4/95 | Ethical Issues in Child Custody Evaluations. Fifth Annual National Symposium: Mental Health and the Law. Fort Lauderdale, Florida. |
| 4/95 | What Family Lawyers Need to Know About Child Custody Evaluations: Insight from experienced experts. American Bar Association section of Family Law. National Telephone Seminar. |
| 3/95 | Child Sexual Abuse Allegations: Bona Fide or Fabricated. Boulder Interdisciplinary Committee. Boulder, CO. |
| 2/95 | False Memory Syndrome; Does it really exist; how to deal with it; and its implications in family law. Florida Bar Association and Law Education Institutes. |
| 11/94 | To Test or Not to Test. 1st Annual International Symposium on Child Custody Evaluations. Tucson, AZ. |
| 8/94 | Ethical Issues Facing Psychologists in Courtrooms. Symposium Chaired at the 102nd Annual Meeting of the American Psychological Association, Los Angeles, CA., August, 1994. |
| 8/94 | Surviving Your Day in Court: Interplay Between Psychology and Law. Paper presented at the 102nd Annual Meeting of the American Psychological Association, Los Angeles, CA, August, 1994. |
| 3/94 | Ackerman-Schoendorf Scale for Parent Evaluation of Custody (ASPECT). Paper presented at the 102nd Annual Meeting of the American Psychological Association, Los Angeles, CA., August, 1994. |
| 4/94 | Surviving Your Day in Court. Full day continuing education workshop presented at the 40th Annual Meeting of the South- Eastern Psychological Association, New Orleans, LA., April, 1994. |
| 3/94 | Ackerman-Schoendorf Scale for Parent Evaluation of Custody (ASPECT). Paper presented at the 40th Annual Meeting of the Southeastern Psychological Association, New Orleans, LA., March, 1994. |

| | |
|---|---|
| 3/94 | False Memory Syndrome. Fifth Annual Child Abuse Conference. Charter Hospital Milwaukee. |
| 1/94 | Sexual Abuse Allegations: Bonafied or Fabricated. Focus on Family Law. Vail, CO. |
| 9/93 | Surviving Your Day in Court. Wisconsin School of Professional Psychology/Charter Hospital, Milwaukee, WI. (Full Day Workshop) |
| 8/93 | Examination of Psychological Experts. 12th Annual Family Law Conference, Door County, WI. |
| 8/93 | Sexual Abuse Allegations; Bonafied or Fabricated. Invited presentation to the American Bar Association, New York. |
| 3/93 | Sexual Abuse Allegations; Bonafied or Fabricated, Focus on Family Law. Palm Springs, CA. |
| 3/93 | 4th Annual Child Abuse Conference, Charter Hospital, Milwaukee, WI. |
| 6/92 | Ethical Issues in Custody Evaluations. North Dakota, Supreme Court Judicial Conference. |
| 3/92 | When the Victims are Children. 3rd Annual Conference on Child Abuse, Charter Hospital, Milwaukee. |
| 1/92 | New Developments in Child Custody Cases: MMPI-2, MMPI-A, ASPECT, Divorce Law Update. Vail, CO. |
| 10/91 | 15th Annual Child Custody Conference, Colorado Bar Association, Keystone, CO. |
| 3/91 | Divorce-Wisconsin Style-Wisconsin Chapter-American Academy of Matrimonial Lawyers-9th Annual Midwinter Meeting, Milwaukee, Milwaukee, WI. |
| 1/91 | Update on the MMPI-2 and ASPECT. Focus on Family Law. Costa Mesa, California. (1/92) |
| 8/90 | The MMPI, Rorschach and ASPECT in custody disputes. American Bar Association Convention, Chicago, Illinois. |
| 1990 – 1991 | Examination of the Psychological Expert. Phoenix, Arizona 1991(3/90); Indianapolis, Indiana (4/90); New Orleans, Louisiana (5/90); Milwaukee, Wisconsin; (9/90); Pittsburgh, Pennsylvania (10/90); Philadelphia, Pennsylvania, (10/90); Hartford, Connecticut (10/90); Boston, Massachusetts (10/90); Cleveland, Ohio (11/90); Columbus, Ohio (11/90); Alexandria, Virginia (1/91); Atlanta, Georgia (1/91); Miami, Florida (1/91); Bismarck, N.D. (1992). |
| 4/89 | MMPI in Child Custody Cases. Focus on Family Law, Phoenix, Arizona. |

| | |
|---|---|
| 2/89 | Trying a Less Trying Case. Society of Clinical and Consulting Psychology and Wisconsin Bar Association. |
| 12/88 & 11-87 | The Examination and Cross Examination of the Psychological Expert in a Divorce Action. Wisconsin Bar Association. |
| 12/86 | How to Cross Examine the Psychological Expert. Wisconsin Academy of Trial Lawyers. |

PRIOR TO 1985: AVAILABLE UPON REQUEST