UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re the Marriage of:<br><br>DANIEL LUKE SCHWARTZ<br><br>Petitioner,<br><br>and<br><br>SHARON ROSE HINNENDAEL<br><br>Respondent. | Case No. 20-CV-01028 |

## DECLARATION OF JERRY LUIS COATS CRUZ

Pursuant to 28 U.S.C. § 1746, the undersigned, Jerry Luis Coats Cruz, makes the following statements under penalty of perjury under the laws of the United States.

1. I am Attorney Jerry Luis Coats Cruz, practicing family law in Puerto Vallarta, Mexico. My Federal attorney license number is 4014961.

2. I have been retained by Daniel Schwartz, to continue the divorce action he filed with the assistance of another attorney on July 15, 2020.

3. I have also been retained to assist him in correcting the birth certificate of his daughter Alice.

4. Because Daniel is the husband of the mother of Alice, he is presumed to be the parent with full custody rights, pursuant to the Civil Code for the State of Nayarit, articles number 317, 333 and 338.

5. I have been informed that the mother's attorney is asserting that Daniel has no custody rights because his name is not on the birth certificate and because the laws of Mexico require him to petition for custody rights. This is an incorrect statement of the law for a parent of a marital child.

6. The mother falsely stated she was single at the Hospital and before the Department of Health according to the official birth record filed there. She continued to falsely claim before the Civil Registry Judge and Officer she was single when the official birth certificate was issued on June 11, 2020.

7. I have also reviewed the mother's court filing for a Restraining Order from the Prosecutor's Unit for Women. In that filing she again states she is unmarried.

8. Mexican law does not allow the mother to take away a presumptive father's custody rights by filing false government documents misrepresenting her marital status, it is a criminal conduct.

9. Upon return of the children to last marital address in Nuevo Vallarta, Nayarit, the Mexico family court will schedule a hearing to determine the custody and time schedule for the children with the parents if they have not reached an agreement.

10. Upon the mother's return to Mexico a hearing will be held on the Restraining Order request filed by the mother. This case has been temporarily dismissed due to lack of interest of Mother.



11. I am available to answer questions about family law in Mexico, as practiced in both States of Jalisco and Nayarit, Mexico.

Jerry Luis Coats Cruz

ACCEPTO EL CARGO DE ABOGADO PATRONO Y PROTESTO SU FIEL Y LEGAL CUMPLIMIENTO.

En Puerto Vallarta, Jalisco siendo las **10:00 diez** horas, del día **15 quince** de **Septiembre** del año **2020 dos mil veinte**, Ante Mi, **Rodolfo Gómez de la Paz, Licenciado en Derecho y Notario Público Número 02 dos**, Titular para la Región 09 nueve, Adscripción 067 cero, seis, siete, Municipio de Puerto Vallarta, Jalisco;-

Asiento Acta de Autenticidad de Documentos y Firmas en los términos del Artículo 119 ciento diecinueve de la Ley del Notariado del Estado de Jalisco. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - **ADVERTENCIAS PREVIAS** - - - - - - - - - - - - - - - - - - - - - - - - -

Protestando para que los otorgantes se conduzcan con la verdad en los términos del artículo 162 ciento sesenta y dos, Título IX Noveno, capítulo I primero del Código Penal Para el Estado de Jalisco y articulo 171 ciento setenta y uno, del propio Título IX noveno, del mismo Código Penal para el Estado de Jalisco y demás correlativos del código penal para el Distrito Federal ahora ciudad de México (CDMX) aplicable en materia común y federal en la república, una vez enterado de lo anterior, compareció quien dijo ser:- - - - - - - - - - - - - -

**JERRY LUIS COATS CRUZ**, Mexicano, originario de Magdalena, Jalisco, donde nació el 1° primero de Julio de de 1976 mil novecientos setenta y seis, Casado, Abogado, requerida que fue y sin exhibir la cédula de identificación Fiscal y se le requiere de acuerdo con la ley Federal para la prevención e identificación de operaciones con recursos de procedencia ilícita, no acreditar estar al corriente del Impuesto Sobre La Renta (se le advierte de conformidad con el articulo 84 ochenta y cuatro fracción XII décima segunda de la Ley del Notariado del Estado de Jalisco) con domicilio en Calle Manuel Ávila Camacho numero 275 doscientos setenta y cinco, interior 05 cinco, en la Colonia Lázaro Cárdenas, en esta Ciudad; se identifica con su credencial de elector Clave CTCRJR76070114H000 Letra "ce", "te", "ce", "erre", "jota", "erre", número siete, seis, cero, siete, cero, uno, uno, cuatro, letra "hache", cero, cero, cero, cuyas copias agrego al Apéndice y al Testimonio correspondiente, y me manifestó;- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Que ratifica la firma que de su nombre aparece en el escrito que antecede, cuyo contenido también ratifican en mi presencia.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Nota: el escrito que antecede No se Elaboro en esta Notaria. - - - - - - - - - - - - - - - - - - - - - - - - - -

Tomo razón de esta acta bajo el Tomo **XIV décimo cuarto**, que le toca en el Protocolo simple Notarial de autenticidad de documentos y firmas. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

El compareciente se Identifica en los términos del artículo 84 ochenta y cuatro, fracción VIII octava de la Ley del Notariado en el Estado de Jalisco con el documento que me exhibe en original y cuya copia agrego al apéndice y al acta.- SIENDO ESTE MEDIO LEGAL QUE LA LEY AUTORIZA AL NOTARIO PARA EL CONOCIMIENTO DE LOS COMPARECIENTES. - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

En mi concepto como Notario hago constar, que el firmante no muestra signos visibles de Incapacidad Natural y de que no soy conocedor Y/ó tengo noticias de que esté sujeto a Incapacidad Civil Declarada en los términos del artículo 84 ochenta y cuatro, fracción X décima de la Ley del Notariado en el Estado.- - - - - - - -

Leí lo anterior al firmante y advertido del valor, alcance y consecuencias de la realización de este acto, una vez enterado se manifestó conforme y firma.- Doy fe.- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -