# EXHIBIT LIST

| | | | | | |
|---|---|---|---|---|---|
| DANIEL LUKE SCHWARTZ v. SHARON ROSE HINNENDAEL | | | | | UNITED STATES DISTRICT COURT<br>Eastern District of Wisconsin-Green Bay |
| COUNSEL FOR PETITIONER<br>Nathaniel Cade, Jr., Linda Balisle and Richard J. Podell, Ashleigh Hacker | | | COUNSEL FOR RESPONDENT<br>Anthony I. Joseph, Erin Masters and Laura J. Beck | | DOCKET NUMBER<br>20-C-1028 |
| | | | | | PROCEEDING: EVIDENTIARY HEARING<br>DATE HELD: September 10, 2020<br>and September 15, 2020 |
| PRESIDING JUDGE<br>WILLIAM C. GRIESBACH | | | COURT REPORTER/TAPE NUMBER<br>Zoom 091020 and 091520<br>John Schindhelm | | COURTROOM DEPUTY<br>Cheryl |

| JOINT EXH. NO. | PLT. EXH. NO. | DEF. EXH. NO. | DATE OFFERED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | 2 | | 9/10 | 9/15 | Birth certificate and related materials for Alica Hinnendael |
| | 6 | | 9/10 | 9/15 | 26 Handwritten notes from Sharon Hinnendael to Daniel Schwartz |
| | 8 | | 9/10 | 9/15 | Drug test results for Daniel Schwartz (various dates - May 20 to August 26, 2020) (11 pages) |
| | 9 | | 9/15 | 9/15 | Vida Vacation Blog dated 2/14/2018 "Making the Leap" |
| | 10 | | 9/15 | 9/15 | Photos of Sharon in Puerto Vallarta, Mexico residence |
| | 11 | | 9/15 | 9/15 | Blog regarding Mexico dated 6/5/2020 |
| | 12 | | 9/15 | 9/15 | Photo of Sharon Hinnendael with children |
| | 13 | | 9/15 | 9/15 | Post of henry and Alice on Instagram |
| | 1001 | | 9/10 | 9/15 | Marriage Certificate |
| | 1004 | | 9/10 | 9/15 | TX Certified medical Record - Bellin |
| | 1005 | | 9/10 | 9/15 | Sharon's Bus Ticket |
| | 1006 | | 9/10 | 9/15 | Sharon's Message to Grupo Vidanta |
| | 1009 | | 9/10 | 9/15 | Henry's Birth Certificate |
| | 1010 | | 9/10 | 9/15 | Henry's passport App Documentation |
| | 1012 | | 9/10 | 9/15 | Henry's September 6-13, 2018 Trip to Wisconsin |

| | | | | |
|---|---|---|---|---|
| | 1013 | | 9/10 | 9/15 | Henry's October 3-8, 2018 Trip to California |
| | 1014 | | 9/10 | 9/15 | Henry's November 19-26, 2018 Trip to NYC |
| | 1015 | | 9/10 | 9/15 | Henry's February 12-19, 2019 Trip to Wisconsin |
| | 1016 | | 9/10 | 9/15 | Henry's July 1-8, 2019 Trip to California |
| | 1017 | | 9/10 | 9/15 | Henry's July 17-24, 2019 Trip to Wisconsin |
| | 1018 | | 9/10 | 9/15 | Henry's November 1-12, 2019 Trip to Wisconsin |
| | 1019 | | 9/10 | 9/15 | Henry's November 19-22 Trip to California |
| | 1020 | | 9/10 | 9/15 | Henry's December 25, 2019-January 3, 2020 Trip to California |
| | 1022 | | 9/10 | 9/15 | February 10, 2020 Watsapp Danny message telling Sharong to go to Wisconsin |
| | 1028 | | 9/10 | 9/15 | Audio July 1 Voicemail from Dr. Thurman to Sharon that Danny is Unstable |
| | 1029 | | 9/10 | 9/15 | Amazon order for security camera - credit card |
| | 1032 | | 9/10 | 9/15 | 7/29/2020 Clips of Danny's FT threats |
| | 1036 | | 9/10 | 9/15 | 8/3/2020 Clips of Danny's FT threats |
| | 1037 | | 9/10 | 9/15 | 8/7/2020 Full Video 4:59 pm and transcript |
| | 1038 | | 9/10 | 9/15 | 8/11/2020 Full Video 4:58 pm and transcript |
| | 1040 | | 9/10 | 9/15 | Video I know where your gun is |
| | 1041 | | 9/10 | 9/15 | Video 4/8/2020 Danny wants to kill someone and transcript |
| | 1046 | | 9/10 | 9/15 | Video 2/16/2020 Danny watching Henry and snorting cocaine |
| | 1047 | | 9/10 | 9/15 | Video 2/16/2020 Danny watching Henry and snorting cocaine |
| | 1048 | | 9/10 | 9/15 | Video 2/16/2020 Danny watching Henry and snorting cocaine |
| | 1049 | | 9/10 | 9/15 | Video 2/16/2020 Danny watching Henry and snorting cocaine |
| | 1055 | | 9/10 | 9/15 | Video 2/20 First cocaine use of the day |
| | 1062 | | 9/10 | 9/15 | Video 3/15 Danny doing cocaine putting onlotion |
| | 1066 | | 9/10 | 9/15 | Audio 5/7/2019 mary Beth saying she wishes Danny was normal and transcript |

| | | | | | |
|---|---|---|---|---|---|
| | DANIEL LUKE SCHWARTZ v. SHARON ROSE HINNENDAEL | | | | UNITED STATES DISTRICT COURT  Eastern District of Wisconsin-Green Bay |
| | 1067 | | 9/10 | 9/15 | Photo my truck smashed front 2 |
| | 1068 | | 9/10 | 9/15 | Photo of Maria's smashed truck |
| | 1069 | | 9/10 | 9/15 | 5/7/2020 Whatsapp from Danny to Sharon take the kids and leave |
| | 1070 | | 9/10 | 9/15 | Sharon and Danny whatsapp admitting to abuse |
| | 1071 | | 9/10 | 9/15 | Audio march of Danny saying Sharon can go to Wisconsin and transcript |
| | 1072 | | 9/10 | 9/15 | Audio Follow up of Sharon to Alexa Danny's threat to kil and to leave and transcript |
| | 1077 | | 9/15 | 9/15 | Document used to obtain restraining order in Mexico Information |
| | 1083 | | 9/10 | 9/15 | Alices' Birth Certificate |
| | 1085 | | 9/10 | 9/15 | 6/22 Message from Danny confirming he is glad kids are safe in WI |
| | 1091 | | 9/10 | 9/15 | Danny's Whatsapp with Haroon |
| | 1094 | | 9/10 | 9/15 | Danny's text threatening Haroon re trial |
| | 1095 | | 9/10 | 9/15 | Danny's text communication to Terry about coming to Wisconsin |
| | 1096 | | 9/10 | 9/15 | Audio Danny's VM to haroon consenting to Sharon taking children and transcript |
| | 1097 | | 9/10 | 9/15 | Video of Danny admitting he knows camera exist and transcripts |
| | 1108 | | 9/10 | 9/10 | Danny Schwatz message |
| | 1109 | | 9/15 | 9/15 | Restraining Order from Mexico |
| | 1110 | | 9/15 | 9/15 | Photos of Daniel Schwartz California and Mexico drivers license |
| | 1111 | | 9/15 | 9/15 | Photos of Sharon Hinnendael's Wisconsin and California drivers license |
| | 1112 | | 9/15 | 9/15 | Vida Vacation Blog dated 7/18/2018 |
| | 1113 | | 9/15 | 9/15 | Copy of Sharon Hinnendael's Tourist Visa |
| | 1114 | | 9/15 | 9/15 | Series of Facebook posts for Sharon Hinnendael |
| | 1115 | | 9/15 | 9/15 | Series of Facebook posts for Sharon Hinnendael |
| | 1116 | | 9/15 | 9/15 | Series of Facebook photos for Sharon Rose Hinnendael |
| | 1117 | | 9/15 | 9/15 | Facebook photo for Sharon Hinnendael |

| | | | | | |
|---|---|---|---|---|---|
| | | DANIEL LUKE SCHWARTZ v. SHARON ROSE HINNENDAEL | | | UNITED STATES DISTRICT COURT<br>Eastern District of Wisconsin-Green Bay |
| | 1118 | | 9/15 | 9/15 | Facebook photo and posts for Sharon Hinnendael |