

# MOFFITT WELLNESS RETREAT
*A guiding light to a better future*

September 14, 2020

To whom it may concern:

I began at home drug counseling and rehabilitation with Daniel Schwartz June 1, 2020. We worked six days per week, and I have just been informed that he is missing three tests from the month of June. That clinic had closed for business and was shut down. I accompanied Daniel to his tests during our 45 day program and I administered at home tests daily. Danny was clean and sober for those 45 days and has since produced tests weekly as we remain in close contact. He attends different meetings in the bay and has taken full advantage of all AA & NA literature I provided him.

Regards,

Luis Govea